UNITED STATES  DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 04 CV 11657 RGS

LOUISA HAYWARD HOLDEN,                      )
          Plaintiff                         )
                                            )
VS.                                         )
                                            )
CLIVE CARDOZA, STEVE SCHISSEL               )
THOMAS T. MCVANN, JR.,  LANA CANTRELL,      )
MICHAEL SCARDINO, CHIEF CLERK,              )
MASSACHUSETTS SUPREME COURT,                )
ROLAND GRAY, III TOWN OF WESTON;            )
TOWN MANAGER, CARL F. VALENTE;              )
WESTON PUBLIC  SCHOOL SUPERINTENDENT,       )
DOCTOR  ALAN OLIFF;                         )
WESTON POLICE CHIEF SHAW                    )
          Defendants                        )

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the defendants,  Town of Weston;

Town Manager, Carl F. Valente; Superintendent of Weston Public Schools,

Doctor Alan  Oliff; and Weston Police Chief  Shaw, with reference to the

above-captioned matter.

Respectfully submitted,

_____/s/ Leonard H. Kesten_____
Leonard H. Kesten. BBO No. 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated:  August 13, 2004