UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 04 CV 11657 RGS

LOUISA HAYWARD HOLDEN, )
    Plaintiff )
)
VS. )
)
CLIVE CARDOZA, STEVE SCHISSEL )
THOMAS T. MCVANN, JR., LANA CANTRELL, )
MICHAEL SCARDINO, CHIEF CLERK, )
MASSACHUSETTS SUPREME COURT, )
ROLAND GRAY, III TOWN OF WESTON; )
TOWN MANAGER, CARL F. VALENTE; )
WESTON PUBLIC SCHOOL SUPERINTENDENT, )
DOCTOR ALAN OLIFF; )
WESTON POLICE CHIEF SHAW )
    Defendants )

**MOTION FOR EXTENSION OF TIME**

The defendants, Town of Weston; Town Manager, Carl F. Valente; Superintendent of Weston Public Schools, Doctor Alan Oliff; and Weston Police Chief Shaw, hereby ask that this Court to extend the time within which the defendants must file a responsive pleading to and including September 14, 2004.

As reasons for this motion, counsel for the defendants state that he requires the additional time to obtain the information necessary for the preparation of a responsive pleading. The defendants have not requested any previous enlargement of time in this matter. Attempts to reach the pro se plaintiff for an assent to this motion have been unsuccessful.

WHEREFORE, the defendants, Town of Weston; Town Manager, Carl F. Valente; Superintendent of Weston Public Schools, Doctor Alan Oliff; and Weston Police Chief Shaw, hereby ask this Court to extend the time within which they must file a responsive pleading to and including September 14, 2004.

        Respectfully submitted,
Defendants, Town of Weston,
Town Manager, Carl F. Valente;
Superintendent of Weston Public Schools,
Doctor Alan Oliff; and Weston Police
Chief Shaw,
By their attorneys,

/s/ Leonard H. Kesten
Leonard H. Kesten. BBO No. 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: August 13, 2004