UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04-11657 RGS

| | |
|---|---|
| LUISA HAYWARD HOLDEN,<br>　　　Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| CLIVE CARDOZO, et al.,<br>　　　Defendants. | )<br>)<br>)<br>) |

**DEFENDANTS STEPHEN W. SCHLISSEL AND SCHLISSEL, OSTROW,
KARABATOS, POEPPLEIN & FISHER, PLLC'S
<u>ANSWER TO PLAINTIFFS COMPLAINT</u>**

The defendants Stephen W. Schlissel and Schlissel, Ostrow, Karabatos, Poepplein & Fisher, PLLC, (collectively "Schlissel"), responds as follows to the plaintiffs Complaint.

**PARTIES**

1. These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

2. These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

3. These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

4.

　　a. These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

　　b. These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

　　c. These defendants admit the allegations contained in this paragraph.

    d.    These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

    e.    These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

    f.    These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

5.

    a.    These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

    b.    These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

    c.    These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

**Jurisdiction**

6.    This paragraph sets forth a conclusion of law to which no response is required. To the extent a response is required is deemed necessary, denied.

7.    This paragraph sets forth a conclusion of law to which no response is required. To the extent a response is required is deemed necessary, denied.

8.    This paragraph sets forth a conclusion of law to which no response is required. To the extent a response is required is deemed necessary, denied.

9.    This paragraph sets forth a conclusion of law to which no response is required. To the extent a response is required is deemed necessary, denied.

10.    These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

11.    These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

12.    These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

13.    These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

14.    These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

15. These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

16. These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

17. These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

18. This paragraph sets forth a conclusion of law to which no response is required. To the extent a response is required is deemed necessary, denied.

19. These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

20. These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

21. These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

22. These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

23. These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

24. These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

25. These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

26. These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

27. These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

28. These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

29. These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

30. These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same.

31. This paragraph sets forth a conclusion of law to which no response is required. To the extent a response is required is deemed necessary, denied.

32. These defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and call upon plaintiff to prove same. Further responding, to the extent the allegations set forth in this paragraph of the plaintiff's complaint are directed to the actions of these defendants, denied.

**Relief**

33. The relief sought in this paragraph of the plaintiff's complaint is not directed at these defendants, and thus no response is required. To the extent a response is deemed necessary, the defendants deny any liability to the plaintiff.

34. The relief sought in this paragraph of the plaintiff's complaint is not directed at these defendants, and thus no response is required. To the extent a response is deemed necessary, the defendants deny any liability to the plaintiff.

35. The relief sought in this paragraph of the plaintiff's complaint is not directed at these defendants, and thus no response is required. To the extent a response is deemed necessary, the defendants deny any liability to the plaintiff.

36. The relief sought in this paragraph of the plaintiff's complaint is not directed at these defendants, and thus no response is required. To the extent a response is deemed necessary, the defendants seek a trial by jury, on all issues so triable.

### FIRST AFFIRMATIVE DEFENSE

By way of affirmative defense, the plaintiff has failed to state a cause of action in its complaint for which relief can be granted. Federal Rules of Civil Procedure 12(b)(6).

### SECOND AFFIRMATIVE DEFENSE

By way of affirmative defense, this Court lacks jurisdiction over these defendants. Federal Rules of Civil Procedure 12(b)(2).

### THIRD AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendants say that the negligence of the plaintiff was greater than the alleged negligence of the defendants and that such negligence of the plaintiff contributed to its alleged injury and, therefore, the plaintiff is barred from recovery under M.G.L. Ch. 231, §85.

## FOURTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendants say that the plaintiff was guilty of contributory negligence and that the damages, if any, recovered by the plaintiff from the defendants should be reduced in proportion to the said negligence of the plaintiff in accordance with M.G.L. Ch. 231, §85.

## FIFTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendants say that the plaintiff, by its conduct and actions and/or the conduct and actions of its agents and servants, is estopped to recover any judgment against the defendants.

## SIXTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendants say that the plaintiff has, by its actions and/or by the conduct and actions of its agents and servants, waived any and all rights it may have had against the defendants, and, therefore, the plaintiff cannot recover in this action.

## SEVENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendants say that if the plaintiff suffered injuries or damages, as alleged, such injuries or damages were caused by someone for whose conduct the defendants were not and are not legally responsible.

## EIGHTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendants state that if the plaintiff was injured, it was as a result of the plaintiff's breach of the plaintiff's duty to exercise a high degree of care to protect and insure the plaintiff's own safety.

## NINTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendants say that no act or omission by them was a proximate cause of damages, if any, allegedly sustained by the plaintiff's decedent or plaintiff.

                Respectfully submitted,
                Stephen W. Schlissel and SCHLISSEL, OSTROW,
                KARABATOS, POEPPLEIN & FISHER, PLLC
                By their Attorney,


                /s/Scott Douglas Burke
                Scott Douglas Burke, BBO #551255
                MORRISON MAHONEY LLP
                250 Summer Street
                Boston, MA  02210
                (617) 439-7500

Date:  August 16, 2004