UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUISA HAYWARD HOLDEN | ) | CIVIL ACTION NO. |
| | ) | 04-11657-RGS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLIVE CARDOZO, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT MICHAEL B. COSENTINO'S MOTION TO DISMISS

Defendant Michael B. Cosentino, Esq.[1] ("Cosentino") hereby moves to dismiss

this action under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction, Fed. R.

Civ. P. 12(b) (4) for insufficiency process, Fed. R. Civ. P. 12 (b)(5) for insufficiency of

service of process, and Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which

relief can be granted. Plaintiff Luisa Hayward Holden ("Plaintiff") wholly fails to

demonstrate in her Complaint that there is a basis for federal court jurisdiction over

Cosentino and her allegations of "malpractice" fall short of satisfying even the most

lenient pleading standards. Accordingly, Cosentino requests that this Court: (i) dismiss

the Complaint with prejudice, and (ii) order Plaintiff to pay the attorney's fees and costs

that he incurred in making this Motion to Dismiss.

---

[1] Cosentino is misnamed as "Michael Constantino" in the Complaint.

1

DEFENDANT MICHAEL B.
COSENTINO,

_Lana Sullivan_

Michael B. Cosentino, BBO#558036
Lana Sullivan, BBO #649364
SEEGEL, LIPSHUTZ & WILCHINS, P.C.
Wellesley Office Park, Suite 200
60 William Street
Wellesley, Massachusetts 02481-3803
Tel: (781) 237-4400
Fax: (781) 235-2333

Dated: August 16, 2004

## CERTIFICATE OF SERVICE

I, Lana Sullivan, hereby certify that a true and accurate copy of Defendant

Michael B. Cosentino, Esq.'s Motion to Dismiss and Memorandum in Support thereof

has been served via first-class mail this 16th day of August, 2004 upon the following:

Luisa Hayward Holden
19 Hilltop Road
Weston, Massachusetts 02493

_Lana Sullivan_

Lana Sullivan