August 24, 2004

HON. RICHARD G. STEARNS
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Ma. 02210

RE: 04 11657 RGS: Luisa Hayward Holden v. Clive Cardozo

Dear Judge Stearns:
This is an update for your file because today the Riverhead Family Court wants to put me in jail for not paying child support. I have faxed the court the attached information showing I requested a stay in the Riverhead Court of all matters till the 5015 Motion is decided on by Judge Blass. I have faxed the court and Clive Cardozo yesterday and today and can not get through by phone, as I did try to follow-up by phone this morning. Yesterday, Monique at the Riverhead Court did confirm receipt of my fax regarding the stay.
I have the following presently in place:
. Health insurance for Quinn with psychological and mental health visits lined up and in place,
. Quinn is enrolled at the Weston Middle School upon his return and school starts September 7, 2004. I have spoken with the principal and there is a counselor already assigned if Quinn is returned and new policies are already in place,
. My job teaching starts August 31, 2004 in Wellesley, the next town over, not far away and on the same school schedule as Quinn's schedule.
. My finances are such that I am able to independently support Quinn. I have made every efffort to place the proper evidence in front of Judge Blass to unconditionally vacate. I pray for relief today. I have attached the 5015 Motion which I mailed notarized on June 26, 2004 at South Station in Boston. I have been patient and have followed-up. I hope you understand I would like to bring my son home before school starts.
. I served all parties in the complaint filed at the Federal Court by certified mail receipt as instructed and returned the summons with the attached receipts of mailing and afterwards the green cards as they came back. Only one did not get returned: Damon Scarano.
. I have been traumatized by these events and am asking for relief today if possible because I have other matters to attend to like everybody else and I am not doing this because I have nothing else to do. I have had threatening phone calls which I have reported to the phone company and the

Waltham Police. One phone call said " I am going to eat you up alive." I am not going to the Riverhead Court today because of this and have sent them the attached faxes and letters and motions. I have not been able to get through by phone today. I know there are constitutional violations here and I am waiting for your ruling and hope that you see I did request a stay of all matters in the Riverhead court till the 5015 Motion is ruled on . I have nothing in writing that denied the stay. I wrote some of these documents by hand because I did not always have a computer available.

Respectfully,

*Luisa H. Holden*, Please issue a writ for Quinn's return, to his natural mother, Luisa H. Holden.

Luisa H. Holden, pro-se
19 Hilltop Road
Weston, Ma. 02493