UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

CIVIL ACTION
NO. 04-11657-RGS

| | |
|---|---|
| Louisa Hayward Holden,<br>    Plaintiff | )<br>)<br>)<br>) |
| V. | )<br>) |
| Clive Cardozo, et al<br>    Defendants | )<br>)<br>) |

## ANSWER TO HOLDEN'S COMPLAINT

### GENERAL ANSWER

Now comes Damon Scarano and files a general demand to all allegations in Holden's complaint. This is the sole course of defense Scarano has due to her failure to mention him in any matter except he was one of many lawyers.

_____
Damon Scarano, Esquire
Attorney At Law
60 Commercial Wharf
Boston, MA  02110