UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11657-RGS

LUISA HAYWARD HOLDEN

v.

CLIVE CARDOZO, ET AL.

ORDER

September 30, 2004

STEARNS, D.J.

While plaintiff has presented a respectful and, on its face, a compellingly sympathetic case, she has failed to demonstrate that this court has subject matter jurisdiction. The essence of the Complaint consists of objections to a child custody decree issued by a New York State Family Court and the actions of Town of Weston police officers in carrying out the orders of that court. As pointed out in its Memorandum of August 25, 2004, this court does not have the authority to revise or revoke a child custody order. See Dunn v. Cometa, 238 F.3d 38, 41 (1st Cir. 2001). Nor are the facts as presented sufficient to overcome the immunities that attach to various of the individual defendants or the lack of diversity with respect to others. Consequently, the case must be DISMISSED.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE