UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

CIVIL ACTION NO. 04-11657-RGS

2004 SEP 27 P 2: 46

LUISA HAYWARD HOLDEN

U.S. DISTRICT COURT
DISTRICT OF MASS.

V.

CLIVE CARDOZO, ET AL

POST-SCRIPT TO RESPONSE TO ORDER TO SHOW CAUSE

Honorable Judge Richard G. Stearns, having filed pro se a response and motion on September 14, 2004 to your Order to Show Cause and having mailed copies to all parties, the following is a post-script. The <u>extraordinary circumstances of this situation and irreparable injury</u> to me and my son, Quinn, warrant this matter to be addressed by this court.

I am writing this post-script to inform you that I have continued to make a good faith effort with all parties involved to resolve this matter. The following has occurred since filing the response and motion.

1) I have learned that you can not refer this matter to the U.S. Attorney's Office as I requested, so I went there myself. Since I requested specific relief in my motion, filing pro se, I wasn't quite sure what actual relief you could give me so I asked for any relief that you could provide. I do know that since I filed against the New York Court System in Federal Court, it is no longer a proper venue for this case. I know that this situation belongs in front of you and that with your powers you will resolve this predicament in a just manner.

2) The <u>bad faith and malicious behavior</u> of the New York Courts have prevented me from obtaining answers to motions filed since March 17, 2003. I have continued trying to get answers to my motions. I have had very little contact with my son, Quinn. This lack of contact has caused severe irreparable damage to my son and me.

It appears that the New York Courts have continued to avoid making a decision in hopes that another court will take charge and relieve them of making a decision to correct their mistakes. In October, 2003, I filed a Motion of Abeyance or Dismissal at the New York Appellate Court. I was instructed by them that Judge Blass and the Riverhead Family Court was the proper venue for this motion. I presented a 5015 Motion with prima facia evidence to the Riverhead Family Court. On September 20, 2004, my motion was denied by Judge Blass of the Riverhead Family Court as untimely, yet it was not. These courts are sending me in circles because they won't take the responsibility to correct their mistakes.

3) I have made a good faith effort to resolve these matters with the Town of Weston. I contacted the Town Counsel, Attorney Leonard Kesten. In our meeting, I tried to resolve this matter with Mr. Kesten because <u>my substantive and procedural due process rights were violated and the behavior of the officials</u> around the erroneous, uncertified, out-of-state paper was reckless and egregious to my eleven year old son Quinn and me. I asked Mr. Kesten to go to the Riverhead Family Court and explain what happened here was illegal. Instead, Mr. Kesten offered to ask the Town of Weston for a letter and offered to get a form from the Waltham District Court. I was instructed by Mr. Kesten to contact Mr. Sullivan of the United States Attorney's Office.

The lack of due process (a civil violation), being falsely imprisoned twice and the forceful egregious seizure of my son has brought me to your court. The result of the mishandling of this civil issue is a criminal act.

4) I followed up with Attorney Dan Leonardo of Morrison and Mahoney, the attorney in Boston, MA for Attorney Steve Schlissel. His secretary copied the Response and Motion to the Order to Show Cause and stamped a copy received. I asked if he wanted to meet and made a follow up telephone call requesting his clients' position. I have yet to hear a response.

5) I contacted the United States Marshall Service and informed them of my situation. I was instructed to go to the U.S. Attorney's Office.

6) I went to the U. S. Attorney's Office and asked for Mr. Sullivan. I spoke with Mary Connors of his office. She stated that an attorney will review my case and contact me. U.S. Attorney Greg Moffit contacted me, told me there was an aspect of criminality to this case and instructed me to go to the FBI.

7) I spoke with Agent Hardy of the FBI to set up an appointment. She was very curt. She told me that this was a civil matter. I informed her what U.S. Attorney Moffit stated. She said that she will contact Attorney Moffit and tell him that the FBI won't look into this because it is a civil matter. It may be civil, but it certainly has an aspect of criminality whether it is kidnapping, abduction or parental abduction, it is definitely child abuse and is causing irreparable psychological injury to my son if not immediately rectified.

Every place I go, the New York Courts, The Massachusetts Courts, the United States Marshall Service, the United States Attorney's Office, the FBI and several attorneys all refer me and push me off to someone else. Since there are extraordinary circumstances involved in this case, there is no one that is willing to take the responsibility to do the right, just thing. Judge Rockette of the Middlesex County Probate and Family Court, Cambridge, MA, stated that this may be a case where there is no jurisdiction. <u>There is no adequate state remedy to address the full scope of this case.</u> This is why we are in Federal Court. I am making every attempt in good faith to draw a straight line to get my son back as soon as possible. I hope and pray you will do the just thing as soon as humanly possible.

_____    _____    _____
Luisa H. Holden                     9/27/2004                       Page 2 of 3

Sincerely,

*[signature: Luisa H. Holden]*

Luisa H. Holden, *pro se*

19 Hilltop Road

Weston, MA 02493

781-354-2106 (cell), 781-647-1115 (home/fax)

Cc: Clive Cardozo
     Clerk, New York Supreme Court
     Clerk, Riverhead Family Court, Suffolk County
     Eugene Meyers, Executive Assistant, Appellate Division Chief Justice
     Attorney Lana Cantrell
     Attorney Thomas T. McVann Jr.
     Attorney Dan Leonardo for Steve Schlissel
     Attorney Damon Scarano
     Attorney Michael B. Constantino
     Attorney Roland Gray 3rd
     Attorney Kesten for the Town of Weston

**Brody, Hardoon, Perkins, & Kesten**
One Exeter Plaza
Boston, MA 02116

September 14, 2004

Honorable Judge R. J. Stearns
United States First District Court
1 Courthouse Way
Boston, MA 02210

Luisa Hayward Holden
19 Hilltop Road
Weston, MA 02493
781-354-2106



Morrison Mahoney LLP
250 Summer Street
Boston, Massachusetts 02210

Re: Luisa H. Holden v. Clive Cardozo, Et al

Civil Action No.: CV-11657-RGS

Dear Honorable Judge Stearns;

Filing pro se with leave of the Court, I was informed that there is no format for my response.

Enclosed please find:

1) A response to your Memorandum and Order to Show Cause, dated August 25, 2004 with Summary Complaint and Motion.

2) In addition there is an Affidavit of Service.

In addition, I have made a good faith effort to resolve this matter with Clive Cardozo, The Town of Weston, and Attorneys Roland Gray, Damon Scarano and Attorneys for Steve Schlissel,. As Clive Cardozo and Attorneys McVann and Cantrell and Et Al who did not reply in a timely manner, I placed in front of the Court a Request to Enter Default and an Affidavit in Support of Request to Enter Default. I have attached the faxed letter to the Town of Weston from whom I have not received anything and the letter the Town of Weston sent to Michael Constantino.

I have made a good faith effort to rectify this matter with the New York State Courts.

I asked to give notice to appear in front of you to explain the extraordinary circumstances and urgency of this matter. I am greatly traumatized over the loss of the love and companionship of my child. This was an egregious action, here, in your District of Massachusetts that warrants your urgent attention because no state court has complete jurisdiction over this entire matter.

Thank you for your immediate attention to this matter. Any relief this Court can give me will be much appreciated.

Sincerely,

*Luisa H. Holden*

Luisa H. Holden

# Affidavit of Service

I, Luisa H. Holden, hereby certify that on this 27th day of September, 2004, I served by first class mail, postage prepaid a true copy of the forgoing upon all parties named.

Signed by me on September 27, 2004 at Boston, Massachusetts

By: _____
Luisa H. Holden

SUBSCRIBED AND SWORN TO BEFORE ME on  9/27/2004  (date) at

Boston, Massachusetts (city, state)

[Notary's seal]

MATTHEW A. PAINE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 25, 2008

Notary: _____