# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED CLERKS OFFICE
2004 OCT -1 P 3:02
U.S. DISTRICT COURT
DISTRICT OF MASS.

Luisa Hayward Holden

v.

Clive Cardozo, Et AL.

CASE NO. Civil Action No. 04-11657-RGS
Court of Appeal No. _____

## NOTICE OF APPEAL

Notice is hereby given that _Luisa H. Holden_ above named, hereby appeals from the _attached Order_ entered in the above entitled action on _September 30, 2004_.

October 1, 2004
Date

Luisa H. Holden
Luisa H. Holden
19 Hilltop Rd.
Weston, Ma. 02493

(notofapp.frm - 09/92)                                    [app., kdapp., kgapp., kcustapp.]