SCANNED
DATE: 08/16/04
SLY

# Request to Enter Default

Luisa H. Holden, *pro se*

19 Hilltop Road

Weston, MA 02493

781-354-2106 (cell)

781-647-1115 (home phone/fax)

UNITED STATES DISTRICT COURT
District of Massachusetts

| | |
|---|---|
| LUISA HAYWARD HOLDEN, *pro se* | CIVIL ACTION NO. 04 11657 RGS<br>REQUEST TO ENTER DEFAULT<br>OF CLIVE CARDOZO, ET AL<br>(Fed. R. Civ. P. 55 (a)) |
| v. | |
| Clive Cardozo, et al | Date of Hearing_____<br>Time of Hearing_____<br>Courtroom No._____ |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE BOSTON DISTRICT OF MASSACHUSETTS

Luisa H. Holden, acting *pro se*, requests that the Clerk of this Court enter the default of Clive Cardozo, et al, upon information and belief for failure to plead or otherwise defend in a timely manner, as provided by Rule 55 (a) of the Federal Rules of Civil Procedure.

This request is based on the attached Affidavit of Luisa H. Holden, which shows:

1) Clive Cardozo was served with a copy of the Summons and Complaint with Request for Emergency Relief by U.S. mail on July 26, 2004. Et al was served as indicted on the summons returned to the Court.

2) The return Summons in the file with mailing receipt and The Certified Mail, Return Receipt, Proof of Service filed with this Court on August 2, 2004 at 12:34 PM, establishes that service was proper and pursuant to Rule 5 of the Federal Rules of Civil Procedure. A file-stamped copy of the Certified Mail, Return Receipt, Proof of

---

Luisa H. Holden                    08/17/04                    Page 1 of 2

Service is attached to the Affidavit of Luisa H. Holden as Exhibit "1". Et al Proof of Service is also attached in Exhibit "1".

3) Clive Cardozo, et al has failed to plead or otherwise respond to the complaint.

4) The applicable time limit for responding has expired.

5) Clive Cardozo, et al is not an infant nor an incompetent person.

6) Clive Cardozo, et al is not in the military service.

Dated: August 17, 2004

By: *Luisa H. Holden*
Luisa H. Holden, pro se