SCANNED
DATE 08/20/04
BY: Shy

# Request to Enter Default

Luisa H. Holden, *pro se*

19 Hilltop Road

Weston, MA 02493

781-354-2106 (cell)

781-647-1115 (home phone/fax)

UNITED STATES DISTRICT COURT
District of Massachusetts

| | |
|---|---|
| LUISA HAYWARD HOLDEN, *pro se* | CIVIL ACTION NO. 04 11657 RGS<br>REQUEST TO ENTER DEFAULT<br>OF DAMON SCARANO<br>(Fed. R. Civ. P. 55 (a)) |
| v. | |
| DAMON SCARANO | Date of Hearing_____<br>Time of Hearing_____<br>Courtroom No._____ |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE BOSTON DISTRICT OF MASSACHUSETTS

Luisa H. Holden, acting *pro se*, requests that the Clerk of this Court enter the default of Damon Scarano for failure to plead or otherwise defend in a timely manner, as provided by Rule 55 (a) of the Federal Rules of Civil Procedure.

This request is based on the attached Affidavit of Luisa H. Holden, which shows:

1) Damon Scarano was served with a copy of the Summons and Complaint with Request for Emergency Relief by U.S. mail on July 27, 2004. Et al was served as indicted on the summons returned to the Court.

2) The returned summons in the file with mailing receipt and the Certified Mail, ~~Return Receipt~~, Proof of Service filed with this Court, ~~on August 2, 2004 at 12:34 PM, establishes that service was proper and pursuant to Rule 5 of the Federal Rules of Civil Procedure~~. A file-stamped