Affidavit in Support of Request to Enter Default

SCANNED
DATE: 08/20/04
BY: SK_

AFFIDAVIT IN SUPPORT OF REQUEST TO

ENTER THE DEFAULT OF DAMON SCARANO

(Fed. R. Civ. P. 55 (a))

AFFIDAVIT OF LUISA H. HOLDEN, *pro se*

Commonwealth of Massachusetts

County of Middlesex

Luisa H. Holden, acting *pro se*, being duly sworn, deposes and states:

1) My name is Luisa H. Holden.

2) I am over 18 years of age. I reside at 19 Hilltop Road, Weston, Massachusetts. I am fully confident to make this affidavit and I have personal knowledge of the facts stated in this affidavit.

3) I am the plaintiff in this action.

4) On July 27, 2004, I mailed a copy of the Summons and Complaint with Request for Emergency Relief by U.S. mail to Damon Scarano. Luisa H. Holden properly served a copy of the summons and complaint to Damon Scarano on July 27, 2004 under the provisions of Rule 5 of the Federal Rules of Civil Procedure and certified that fact to this Court a Certified Mail, Return Receipt, Proof of Service. The Summons with certified mailing receipt was filed with the Court on July 27, 2004. Proof of Service was lost by the U.S. Postal Service.

On August 12, 2004, Damon Scarano telephoned confirming receipt of service. Et al Proof of Service on other days is also attached in Exhibit "1".

5) Damon Scarano has failed to serve and file an answer or reply or otherwise respond to the complaint.

6) Under Rule 12 (a) of the Federal Rules of Civil Procedure, the time limit for the responding to the complaint has expired, and the time for Damon Scarano, et al has not been extended by any stipulation of the parties or any order of the Court.

7) Damon Scarano is not an infant or an incompetent person. I know that Damon Scarano is an adult and appears to be capable of managing her own affairs.

8) Damon Scarano is not in military service.

Signed by me on August 19, 2004 at Boston, Massachusetts

By: *Luisa H. Holden*

Luisa H. Holden

SUBSCRIBED AND SWORN TO BEFORE ME on August 19, 2004 (date) at Boston, MA (city, state)

[Notary's seal]

```
MATTHEW A. PAINE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 25, 2008
```

*Matthew A. Paine*

---

Luisa H. Holden         08/19/04