SCANNED
DATE: 08/20/04
BY: Sky

**Request to Enter Default**

Luisa H. Holden, *pro se*
19 Hilltop Road
Weston, MA 02493
781-354-2106 (cell)
781-647-1115 (home phone/fax)

UNITED STATES DISTRICT COURT
District of Massachusetts

04 CV 11657

LUISA HAYWARD HOLDEN, *pro se*

v.

Thomas T. McVann Jr.

CIVIL ACTION NO. 04 11657 RGS
REQUEST TO ENTER DEFAULT
OF CLIVE CARDOZO, ET AL
(Fed. R. Civ. P. 55 (a))

Date of Hearing_____
Time of Hearing_____
Courtroom No._____

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE BOSTON DISTRICT OF MASSACHUSETTS

Luisa H. Holden, acting *pro se*, requests that the Clerk of this Court enter the default of Thomas T. McVann Jr. for failure to plead or otherwise defend in a timely manner, as provided by Rule 55 (a) of the Federal Rules of Civil Procedure.

This request is based on the attached Affidavit of Luisa H. Holden, which shows:

1) Thomas T. McVann Jr. was served with a copy of the Summons and Complaint with Request for Emergency Relief by U.S. mail on July 26, 2004. Et al was served as indicted on the summons returned to the Court.

2) The returned summons in the file with mailing receipt and the Certified Mail, Return Receipt, Proof of Service filed with this Court on August 2, 2004 at 12:34 PM, establishes that service was proper and pursuant to Rule 5 of the Federal Rules of Civil Procedure. A file-stamped

---

Luisa H. Holden        08/19/04        Page 1 of 2

copy of the Certified Mail, Return Receipt, Proof of Service is attached to the Affidavit of Luisa H. Holden as Exhibit "1". Et al Proof of Service is also attached in Exhibit "1".

3) Thomas T. McVann Jr. has failed to plead or otherwise respond to the complaint.

4) The applicable time limit for responding has expired.

5) Thomas T. McVann Jr., is not an infant nor an incompetent person.

6) Thomas T. McVann Jr., is not in the military service.


Dated: August 19, 2004

By: _____
Luisa H. Holden, pro se