Affidavit in Support of Request to Enter Default

## AFFIDAVIT IN SUPPORT OF REQUEST TO
## ENTER THE DEFAULT OF CLIVE CARDOZO, et al
### (Fed. R. Civ. P. 55 (a))

## AFFIDAVIT OF LUISA H. HOLDEN, *pro se*

Commonwealth of Massachusetts

County of Middlesex

Luisa H. Holden, acting *pro se*, being duly sworn, deposes and states:

1) My name is Luisa H. Holden.

2) I am over 18 years of age. I reside at 19 Hilltop Road, Weston, Massachusetts. I am fully confident to make this affidavit and I have personal knowledge of the facts stated in this affidavit.

3) I am the plaintiff in this action.

4) On July 26, 2004, I mailed a copy of the Summons and Complaint with Request for Emergency Relief by U.S. mail to Clive Cardozo. Luisa H. Holden properly served a copy of the summons and complaint to Clive Cardozo on July 26, 2004 under the provisions of Rule 5 of the Federal Rules of Civil Procedure and certified that fact to this Court a Certified Mail, Return Receipt, Proof of Service. The Proof of Service was duly filed with this Court on August 2, 2004 and a file stamped copy of this proof is attached to this Affidavit as Exhibit "1". Et al Proof of Service on other days is also attached in Exhibit "1".

---

Luisa H. Holden                   08/17/04                   Page 1 of 2

5) Clive Cardozo, et al has failed to serve and file an answer or reply or otherwise respond to the complaint.

6) Under Rule 12 (a) of the Federal Rules of Civil Procedure, the time limit for the responding to the complaint has expired, and the time for Clive Cardozo, et al has not been extended by any stipulation of the parties or any order of the Court.

7) Clive Cardozo, et al is not an infant or an incompetent person. I know that Clive Cardozo is an adult and appears to be capable of managing his own affairs.

8) Clive Cardozo, et al is not in military service.

Signed by me on August 17, 2004 at Boston, Massachusetts

By: _Luisa H. Holden_

Luisa H. Holden

SUBSCRIBED AND SWORN TO BEFORE ME on ____ 17th August (date) at

Boston, MA ____ (city, state)

[Notary's seal]

MATTHEW A. PAINE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 25, 2008

# **Exhibit 1**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Constantino
Seegel, Lipshutz & Wilchins
Wellesley Office Park
Suite 200
Wellesley, Ma 02481-3803

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 7-28-04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7004 0750 0000 0675 8731

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

FILED IN CLERKS OFFICE 2004 JUL 30 P 1:52 U.S. DISTRICT COURT MASS.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Roland Gray III
Rubin and Rudman LLP
50 Rowes Wharf
Boston, Ma. 02110

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____Sandes_____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 7/28/04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7004 0750 0000 0675 8717

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. David C. Jenkins
Kopelman and Paige
31 St. James Ave
Boston, Ma. 02116

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 7/28

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes