Affidavit in Support of Request to Enter Default



AFFIDAVIT IN SUPPORT OF REQUEST TO

ENTER THE DEFAULT OF LANA CANTRELL

(Fed. R. Civ. P. 55 (a))


AFFIDAVIT OF LUISA H. HOLDEN, *pro se*


Commonwealth of Massachusetts

County of Middlesex

Luisa H. Holden, acting *pro se*, being duly sworn, deposes and states:

1) My name is Luisa H. Holden.

2) I am over 18 years of age. I reside at 19 Hilltop Road, Weston, Massachusetts. I am fully confident to make this affidavit and I have personal knowledge of the facts stated in this affidavit.

3) I am the plaintiff in this action.

4) On July 26, 2004, I mailed a copy of the Summons and Complaint with Request for Emergency Relief by U.S. mail to Lana Cantrell. Luisa H. Holden properly served a copy of the summons and complaint to Lana Cantrell on July 26, 2004 under the provisions of Rule 5 of the Federal Rules of Civil Procedure and certified that fact to this Court a Certified Mail, Return Receipt, Proof of Service. The Proof of Service was duly filed with this Court on August 2, 2004 and a file stamped copy of this proof is attached to this Affidavit as Exhibit "1". Et al Proof of Service on other days is also attached in Exhibit "1".

# Exhibit 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Constantino
   Seegel, Lipshutz & Wilchins
   Wellesley Office Park
   Suite 200
   Wellesley, MA 02481-3803

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Deana C Cleare_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery  7-28-04

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)    7004 0750 0000 0675 8731

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

FILED
IN CLERKS OFFICE
2004 JUL 30 P 1:52
U.S. DISTRICT COURT
DISTRICT OF MASS

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Roland Gray III
   Rubin and Rudman LLP
   50 Rowes Wharf
   Boston, MA 02110

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Sanders_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery  7/28/04

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7004 0750 0000 0675 8717

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. David C. Jenkins
   Kopelman and Paige
   31 St. James Ave
   Boston, MA 02116

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery  7/28

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clive Cardozo
PO Box 362
Quogue, N.Y.
11959

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]
B. Received by (Printed Name): CLIVE
C. Date:
D. Is delivery address different from item 1?
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☒ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number (Transfer from service label): ED161850635US

PS Form 3811, February 2004

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steve Schlissel
Schlissel, Ostrow, Karabatos
Poepplin, Cender + Fisler
200 Garden City Plaza
Suite 301
Garden City, NY 11530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]
B. Received by (Printed Name): [signature]
C. Date:
D. Is delivery address different from item 1?
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number: 7004 0750 0001 8599 2070

PS Form 3811, February 2004   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
(to Mr. Michael Scardino, Chief Clerk, Supreme Court of Suffolk County, 235 Griffing Avenue, Riverhead, N.Y. 11901)

2. Article Number: 7004 0750 0000 0675 8687

Civil Action
Case # 04 11657 RGS

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas T. McVann Jr
100 Mill Rd
P.O. Box 827
West Hampton Beach, NY
11978

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]
B. Received by (Printed Name):
C. Date:
D. Is delivery address different from item 1?
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number: 7004 0750 0001 8599 1116

PS Form 3811, February 2004   Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Robert M. O'Mara
   Clerk
   Suffolk County Family Court
   400 Carleton Ave., 4th Floor
   Central Islip, N.Y. 11722

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   STATE COURTS
   X COHALAN COURT COMPLEX    ☐ Agent / Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 7/29/04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7004 0750 0000 0675 8694

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   300 East 71st Street
   19A
   NY, NY 10021

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____    ☒ Agent / ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

                                    103
                                    102595-02-M-1540



**Track/Confirm - Intranet Item Inquiry - Domestic**

| Item: 7004 0750 0000 0675 8724 | | Date/Time Mailed: 07/27/2004 15:00 | |
|---|---|---|---|
| Destination | ZIP Code: 02110 | City: BOSTON | State: MA |
| Origin | ZIP Code: 02466 | City: AUBURNDALE | State: MA |

Class: Priority Mail
Scheduled Delivery: 07/28/2004
Weight: lb: 1 oz: 2

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL | 7004 0750 0000 0675 8724 | $2.30 |
| RETURN RECEIPT | | $1.75 |

| Event | Date | Time | Location | Scanner ID |
|---|---|---|---|---|
| ACCEPT OR PICKUP | 07/27/2004 | 15:00 | AUBURNDALE MA 02466 | |

Request Delivery Record



Enter Request Type and Item Number:

Quick Search ⦿    Extensive Search ◯

Explanation of Quick and Extensive Search

Item Number:    [Submit]

**Inquire on multiple items.**

**Go to the Product Tracking System Home Page.**

