## Affidavit

Luisa H. Holder, acting pro se, duly states I mailed copies of the default requests, Request to Enter Default and Affidavit in Support of Request to Enter Default to

(1) Clive Cardozo
P.O. Box 362
Quogue, N.Y. 11959

(2) Thomas T. McCann, Jr.
100 Mill Road, P.O. Box 827
Westhampton Beach, N.Y.
11978

(3) Lana Cantrell
300 East 71st, 19A
N.Y., N.Y. 10021

(4) Damon Scarano
60 Commercial Wharf
Boston, Ma. 02110

Copies were sent to all parties listed on the complaint filed July 26, 2004.

Signed by me on August 19, 2004 at Boston, Massachusetts.

By: _Luisa H. Holden_
     Luisa H. Holden

Subscribed and Sworn to Before Me on August 19, 2004 at Boston, MA.

[Notary Seal: MATTHEW A. ___, Notary Public, Commonwealth of Massachusetts, My Commission Expires April 25, 2008]

Matthew A. Paine