

Let 8/23

## STATE OF NEW YORK
### OFFICE OF THE ATTORNEY GENERAL

ELIOT SPITZER
Attorney General

REGIONAL OFFICE DIVISION
SUFFOLK REGIONAL OFFICE

August 13, 2004

HON. RICHARD G. STEARNS
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: *Luisa Hayward Holden v. Clive Cardozo*, 04 11657 RGS

Dear Judge Stearns:

By this letter, I am not entering an appearance on behalf of the following entities: the New York State Supreme Court, County of Suffolk; the Appellate Division of the New York State Supreme Court, 2d Department; and the Family Court of the State of New York, County of Suffolk (collectively referred to as the "State Court Defendants"). Instead, I am writing the Court on their behalf as a courtesy.

The purpose of this letter is to inform the Court that Plaintiff has not attained in personam jurisdiction over the State Court Defendants because of defective service of process.

I would be very grateful if the Court would forward to my attention copies of any orders or decisions in this matter.

Very truly yours,

DENIS J. McELLIGOTT,
Assistant Attorney General in Charge

cc:  Luisa Hayward Holden,
     Plaintiff Pro Se
     19 Hilltop Road
     Weston, MA 02493