UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

CIVIL ACTION
NO. 04-11657-RGS

Louisa Hayward Holden,
    Plaintiff

V.

Clive Cardozo, et al
    Defendants

### DAMON SCARANO'S OPPOSITION TO
### LOUISA HAYWARD HOLDEN'S MOTION TO DEFAULT

Now comes the defendant, Damon Scarano and moves to oppose Holden's motion to default Damon Scarano.

Further, Damon Scarano moves to strike Holden's complaint against Scarano because there are no mention of facts, counts and theories of law against Scarano. The only allegation is that Scarano was one of many lawyers Holden retained in this matter.

1. Damon Scarano has never received a summons and complaint from a sheriff or impartial third party in the Holden matter.

2. Holden sent a group of documents on or about August 5, 2004, but there was no complaint or summons in the package and it was ripped.

3. On or about August 23, 2004, Scarano requested a second packet from Holden with a copy of the complaint, summons and motion for default. These documents were served by mail and not a constable. I was surprised at default because I told her my brother-in-law died causing extensive problems.

4.  The complaint is convoluted, incoherent and does not mention Scarano in any manner except that he was a lawyer of Holden. Most of this complaint is a spectacular intellectual effrontery and insult to the judicial system.

5.  Scarano can not answer this complaint because Holden formulates no basis as to facts, counts, and how they pertain to each defendant.

WHEREFORE, Damon Scarano petitions this Honorable Court to strike the complaint against Scarano, with his opposition to default and note Scarano is filing a simple general denial to the complaint.

Caveat, Holden does not file an affidavit pursuant to Local Rule 7.1 motion practice than she has resolved this matter.

_____

Damon Scarano, Esquire
Attorney At Law
60 Commercial Wharf
Boston, MA  02110