Honorable R.G. Stearns  Civil Action
04-11657-RGS

# Affidavit of Service

I, Luisa H. Holden, hereby certify that on this 14th day of September, 2004, I served by first class mail, postage prepaid a true copy of the forgoing upon all parties named.

Signed by me on September 14, 2004 at Boston, Massachusetts

By: _Luisa H. Holden_

Luisa H. Holden

SUBSCRIBED AND SWORN TO BEFORE ME on ___9/14/2004___ (date) at

___Boston, MA___ (city, state)

[Notary's seal]

```
MATTHEW A. PAINE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 25, 2008
```

_Matthew A. Paine_
_Notary Public_

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

Michael B Costantino
Seegel Lipshutz & Wilkins, Wellesley Off. Park
Suite 200, Wellesley, Ma. 02493

DELIVERY CONFIRMATION NUMBER: 0304 1070 0002 5931 5565

Postmark Here: SEP 14 2004

POSTAL CUSTOMER: Keep this receipt. For Inquiries: Access internet web site at www.usps.com® or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
[x] Priority Mail™ Service
[ ] First-Class Mail® parcel
[ ] Package Services parcel

PS Form 152, May 2002    (See Reverse)

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

Damon Scarano
60 Commercial Wharf
Boston Ma 02110

DELIVERY CONFIRMATION NUMBER: 0304 1070 0002 5931 5572

Postmark Here

POSTAL CUSTOMER: Keep this receipt. For Inquiries: Access internet web site at www.usps.com® or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
[x] Priority Mail™ Service
[ ] First-Class Mail® parcel
[ ] Package Services parcel

PS Form 152, May 2002    (See Reverse)

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

Town of Weston, Town Manager, Mr. Valente
c/o Town Hall, Town House Rd, PoBox 378
Weston Ma 02493

DELIVERY CONFIRMATION NUMBER: 0304 1070 0002 5931 5558

Postmark Here: SEP 14 2004

POSTAL CUSTOMER: Keep this receipt. For Inquiries: Access internet web site at www.usps.com® or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
[x] Priority Mail™ Service
[ ] First-Class Mail® parcel
[ ] Package Services parcel

PS Form 152, May 2002    (See Reverse)

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

Roland Gray III
Rubin + Rudman LLP
50 Rowes Wharf, Boston, Ma 02110

DELIVERY CONFIRMATION NUMBER: 0304 1070 0002 5931 5541

Postmark Here

POSTAL CUSTOMER: Keep this receipt. For Inquiries: Access internet web site at www.usps.com® or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
[x] Priority Mail™ Service
[ ] First-Class Mail® parcel
[ ] Package Services parcel

PS Form 152, May 2002    (See Reverse)

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

Clive Cardozo
PO Box 362
Quogue NY 11959

DELIVERY CONFIRMATION NUMBER: 0304 1070 0002 5931 5633

Postmark Here — SEP 14 2004 USPS-26

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002                (See Reverse)

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

Mr. Michael Scardino
Chief Clerk, Supreme Court of Suffolk County
235 Griffing Ave, Riverhead N.Y. 11901

DELIVERY CONFIRMATION NUMBER: 0304 1070 0002 5931 5626

Postmark Here — SEP 14

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002                (See Reverse)

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

Mr. Robert M O'Mara, Clerk, Suff County
Family Court, 400 Carleton Ave, 4th Flr
Central Islip, N.Y. 11722

DELIVERY CONFIRMATION NUMBER: 0304 1070 0002 5931 5619



Postmark Here

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002                (See Reverse)

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

Lana Cantrell
300 East 71st St, 19A
N.Y., N.Y. 10021

DELIVERY CONFIRMATION NUMBER: 0304 1070 0002 5931 5602



Postmark Here

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002                (See Reverse)

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

Thomas T McVann Jr
100 Mill Rd, PO Box 827
West Hampton Beach NY 11978

DELIVERY CONFIRMATION NUMBER: 0304 1070 0002 5931 5596

Postmark Here

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002                (See Reverse)

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

Steve Schlissel, Schlissel, Ostrow, Karabatos
Poepplin, Coyden + Fisher    11530
200 Garden City Suite 301, Garden City, N.Y.

DELIVERY CONFIRMATION NUMBER: 0304 1070 0002 5931 5589

Postmark Here

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

※ 9/15/04
copy to
Dan Leonardo
Attorney for
Steve Schlissel

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002                (See Reverse)


**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
   FORT POINT STATION 10/18/
       BOSTON, MA  02205-9761
          09/14/04  05:31PM

Store    USPS        Trans    75
Wkstn    sys5006     Cashier  KQBGS8
Cashier's Name       James
Stock Unit Id        SIAJAMES
PO Phone Number      800-275-8777
USPS #               2407980109

 1. Priority Mail                   4.30
    Destination:     02110
    Weight:          10.40 oz.
    Postage Type:    PVI
    Total Cost:      4.30
    Base Rate:       3.85
           SERVICES
    Delivery Conf (retail)    0.45
       03041070000259315541
 2. Priority Mail                   4.30
    Destination:     02493
    Weight:          10.40 oz.
    Postage Type:    PVI
    Total Cost:      4.30
    Base Rate:       3.85
           SERVICES
    Delivery Conf (retail)    0.45
       03041070000259315558
 3. Priority Mail                   4.30
    Destination:     02493
    Weight:          10.80 oz.
    Postage Type:    PVI
    Total Cost:      4.30
    Base Rate:       3.85
           SERVICES
    Delivery Conf (retail)    0.45
       03041070000259315565
 4. Priority Mail                   4.30
    Destination:     02110
    Weight:          10.90 oz.
    Postage Type:    PVI
    Total Cost:      4.30
    Base Rate:       3.85
           SERVICES
    Delivery Conf (retail)    0.45
       03041070000259315572
 5. Priority Mail-Flat Rate         4.30
    Destination:     11530
    Weight:          10.90 oz.
    Postage Type:    PVI
    Total Cost:      4.30
    Base Rate:       3.85
           SERVICES
    Delivery Conf (retail)    0.45
       03041070000259315589
 6. Priority Mail                   4.30
    Destination:     11978
    Weight:          11.30 oz.
    Postage Type:    PVI
    Total Cost:      4.30
    Base Rate:       3.85
           SERVICES
    Delivery Conf (retail)    0.45
       03041070000259315596
 7. Priority Mail-Flat Rate         4.30
    Destination:     10021
    Weight:          10.80 oz.
    Postage Type:    PVI
    Total Cost:      4.30
    Base Rate:       3.85
```

```
          Postage Type:      PVI
          Total Cost:        4.30
          Base Rate:         3.85
                 SERVICES
          Delivery Conf (retail)  0.45
             03041070000259315572
       5. Priority Mail-Flat Rate    4.30
          Destination:      11530
          Weight:           10.90 oz.
          Postage Type:      PVI
          Total Cost:        4.30
          Base Rate:         3.85
                 SERVICES
          Delivery Conf (retail)  0.45
             03041070000259315589
       6. Priority Mail              4.30
          Destination:      11978
          Weight:           11.30 oz.
          Postage Type:      PVI
          Total Cost:        4.30
          Base Rate:         3.85
                 SERVICES
          Delivery Conf (retail)  0.45
             03041070000259315596
       7. Priority Mail-Flat Rate    4.30
          Destination:      10021
          Weight:           10.80 oz.
          Postage Type:      PVI
          Total Cost:        4.30
          Base Rate:         3.85
                 SERVICES
          Delivery Conf (retail)  0.45
             03041070000259315602
       8. Priority Mail              4.30
          Destination:      11722
          Weight:           11.30 oz.
          Postage Type:      PVI
          Total Cost:        4.30
          Base Rate:         3.85
                 SERVICES
          Delivery Conf (retail)  0.45
             03041070000259315619
       9. Priority Mail              4.30
          Destination:      11901
          Weight:           12.30 oz.
          Postage Type:      PVI
          Total Cost:        4.30
          Base Rate:         3.85
                 SERVICES
          Delivery Conf (retail)  0.45
             03041070000259315626
      10. Priority Mail              4.30
          Destination:      11959
          Weight:           11.10 oz.
          Postage Type:      PVI
          Total Cost:        4.30
          Base Rate:         3.85
                 SERVICES
          Delivery Conf (retail)  0.45
             03041070000259315633

    Subtotal                        43.00
    Total                           43.00

    VISA                            43.00

              <23-902880160-94>
    VISA
    ACCT. NUMBER         EXP      CLERK ID
    XXXX XXXX XXXX 4798  07/06    21
    AUTH 014642    CREDIT TRANS # 042

    ALL SALES FINAL ON STAMPS AND POSTAGE.
    REFUNDS FOR GUARANTEED SERVICES ONLY.

    Number of Items Sold: 10

              Thank You
          Please come again!
```

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Clive Cardero
    PO Box 262
    Quogue, N.Y.
    11959

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]                    ☐ Agent
                                    ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   Clive

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☒ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   ED 1618 5063 5 US

PS Form 3811, February 2004

---

**[Second card]**

1. Article Addressed to:

    Mr. Michael Scardino
    Chief Clerk
    Supreme Court of Suffolk County
    235 Griffing Avenue
    Riverhead, N.Y. 11901

Article Number: 7004 0750 0000 0675 8687

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Steve Schlissel
    Schlissel, Ostrow, Karabatos, Poepplin, Cender + Fisler
    200 Garden City Plaza
    Suite 301
    Garden City, NY 11530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]                    ☐ Agent
                                    ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 0750 0001 8599 2070

PS Form 3811, February 2004    Domestic Return Receipt

Civil Action #
Case # 04 11657 RGS

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Thomas T. McVann Jr
    100 Mill Rd
    P.O. Box 827
    West Hampton, Beach, NY
    11978

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]                    ☐ Agent
                                    ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 0750 0001 8599 1110

PS Form 3811, February 2004    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Michael Constantino
    Seegel, Lipshutz & Wilchins
    Wellesley Office Park
    Suite 280
    Wellesley, MA 02481-3803

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Deana C Cadre   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery 7-28-04
D. Is delivery address different from item 1? ☐ Yes   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 0750 0000 0675 8731

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

FILED IN CLERK'S OFFICE 2004 JUL 30 P 1:52

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Roland Gray III
    Rubin and Rudman, LLP
    50 Rowes Wharf
    Boston, MA 02110

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X L. Sandis   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery 7/28/04
D. Is delivery address different from item 1? ☐ Yes   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 0750 0000 0675 8717

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Mr. David Jenkins
    Spellman and Paige
    31 St. James Ave
    Boston, MA 02116

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Dean R. Kesuley   ☐ Agent  ☐ Addressee
B. Received by (Printed Name) Dean R. Kesuley   C. Date of Delivery 7/28
D. Is delivery address different from item 1? ☐ Yes   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Robert M. O'Mare
Clerk
Suffolk County Family Court
400 Carleton Ave., 4th Floor
Central Islip, N.Y. 11722

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ___ STATE COURTS
COHALAN COURT COMPLEX  ☐ Agent / ☒ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 7/29/04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 0750 0000 0675 8694

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

300 East 71st Street
19A
NY, NY 10021

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ___   ☒ Agent / ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540

September 14, 2004

Ms. Jennifer A. Buetow
Support Magistrate
Riverhead Family Court
Suffolk County
877 East Main Street
Riverhead, NY 11901

Luisa H. Holden
19 Hilltop Road
Weston, MA 02493
781-354-2106
781-647-1115 Home phone/fax

Re: File #: 18971

Dear Ms. Buetow,

Acting *Pro Se*, this letter is to notify you that there was a stay in effect which negates your right to enter a judgment against me in the matter of Cardozo v. Holden. On June 26, 2004, I mailed and faxed a Rule 5015 Motion to the Riverhead Family Court. In this motion, I requested from the Court a stay of all matters in front of the Riverhead Family Court until the Honorable Judge Gregory J. Blass rules on the motion. Judge Blass **has not denied** that stay.

This 5015 Motion gave prima facie evidence that The Riverhead Family Court must unconditionally vacate and return my son to my care and custody in Massachusetts. I have been waiting very patiently for this answer.

In addition, I filed a petition and objections to your order. Attached is the letter sent, August 1, 2004. The Riverhead Family Court had not previously issued a judgment in this case. Since no judgment has been issued, a violation hearing can not be held.

I faxed and mailed the 5015 Motion on June 26, 2004. I followed up June 28, 2004 and spoke with Paul Smeck. He stated that the Court had received it and it was fine. I faxed the Court the Certificate of Mailing. I was also instructed to fax and mail the motion and supporting documents to Ms. Marjorie Zuckerman, which I did. I confirmed with Ms. Zuckerman's office that she received them.

I faxed and mailed by Certificate of mailing, the Letter of Objection on August 1, 2004. I followed up with telephone call and spoke with Monique who confirmed receipt of the fax to Ms. Buetow which included the 5015 Motion prior to August 25, 2004.

Clive Cardozo sent an unsigned letter, which is a default, in response to the 5015 Motion. I responded regarding Cardozo's letter to the Court. Ms. Zuckerman sent a Letter of Response to which I responded to the Court.

---

In response to your Order Entry Money Judgment on Inquest, you stated that "the defaulting party did not show good cause for failure to make application for relief from the judgment or order directing such payment prior to accrual of such arrears." Since there was no previous money judgment, there was no opportunity to default. Since there was no previous money judgment, I have been given no opportunity to respond.

In my letter dated August 1, 2004, I stated that an Order of Family Court regarding child support, unless accumulated arrears are reduced to judgment, is a non-final determination and such order is at any time subject to cancellation. [People v. Boyer, 1980 105 Misc. 2d 877, 430 N.Y.S. 2d 936]

I have faxed you the 5015 Motion before August 25, 2004. It showed that I requested a stay of all matters before the Riverhead Family Court. In addition, I am enclosing my letter dated August 1, 2004, and restating my request that you vacate this matter.

Sincerely,

*Luisa H. Holden*

Luisa H. Holden

Enclosures

cc:  Honorable Judge Gregory J. Blass, Riverhead Family Court
     Honorable Judge Kent, New York Supreme Court
     Honorable Judge, R.G. Stearns, United States District Court of Massachusetts
     Clive Cardozo

---

Luisa H. Holden                    9/14/2004                    Page 2 of 2

August 1, 2004

Luisa H. Holden
19 Hilltop Road
Weston, MA 02493

Ms. Jennifer A. Buetow
Support Magistrate
Riverhead Family Court
Suffolk County
877 East Main Street
Riverhead, NY 11901

Re: File #: 18971

Dear Ms. Buetow,

Acting *Pro Se*, I am responding to your order of dismissal, stamped by Jennifer A. Buetow, dated June 30, 2004, requesting objections within 35 days of mailing. The following are my written objections:

1) Relief can be granted because an invalid order can not be enforced. The order is invalid because it is not based upon an affidavit. Support proceedings under Article 4, Part 5, Section 451 requires that an application to modify "be supported by affidavit and other evidentiary material sufficient to establish a *prima facie* case for the relief requested." (Page 482)

2) The Family Court has continuing jurisdiction over any support proceeding so that it may modify, set aside or vacate any order as circumstance change. [Family Court Act section 452 (1998)]

3) I clearly stated I did not want child support at the beginning of this proceeding and never filed a petition for child support. I did not file an affidavit sworn to alleging Clive Cardozo chargeable with support. The blood types do not dictate that Clive Cardozo is the father of the child and he did not want to prove he was. On November 3, 1999, the original Temporary Order of Support was not requested by me nor upon an affidavit made by me. Enclosed is the original P-1616-99 Temporary Order of Support without a Petition Sworn To, requesting support by me and that is issued under Lisa Holden. I am not Lisa Holden. I did not file this petition. This is *prima facie* evidence. (Enclosure)

4) On November 3, 1999, The Riverhead Family Court ordered $50.00 weekly support to be paid, over my objections, without a proper affidavit. It was thus an unlawful order. Cardozo never paid the support anyway. Trial Court exceeded it's authority in modifying terms of parties agreement concerning child support when it *sua sponte* and over objection allocated weekly child support payments. (Heinzman v. Zeilinski (2 Dept. 1987) 127 A. D. 2d 594, 511 N.Y.S. 2d 392.)

---

5) Cardozo had seized Quinn Holden from the Weston, MA and forcibly abducted him across state lines and has held him there. This is a kidnapping. Under Federal Kidnapping statue Title 18 Chapter 55, sec. 1201 (8), the 3 elements necessary for conviction are knowing and willful kidnapping, intent to gain benefit from the seizure and that the kidnapping took place in the territorial jurisdiction of the United States. Cardozo stated to Jeffrey Holden, Ms. Holden's brother, 30 Dean Road, Weston, MA 02493, 781-235-9555 that he wanted $100,000.00 from Ms. Holden, Ms. Holden in jail and custody of the child, Quinn Holden. Cardozo stated in the Riverhead Family Court that he only had $1900.00 in his bank account. This leads to Cardozo's motivation for the kidnapping of Quinn.

6) On 9/21/03, Retired Weston Police Officer Wilmot Whitney visited Quinn Holden at Dr. Strassberg's office and was told by Quinn that he being held against his will and wants to go home. Mr. Whitney provided me with a statement to that affect. (Enclosure)

7) Quinn Holden is presently unlawfully in the custody of Cardozo. Cardozo requested a Temporary Order of Support, dated October 8, 2003:

   a) The Petition for Modification dated 6/26/03 was based on an unnotarized Affidavit by Cardozo making it invalid. (Enclosure)

   b) I am not the Petitioner of Docket # P-1616-99. It is not proper procedure and therefore, invalid. (Enclosure)

   c) I never received an Order with Notice of Entry for the V-Docket. In the Order it states that "Attorney Thomas T. McVann Jr. is hereby directed to forward a copy of same to the Petitioner forthwith by registered mail, return receipt requested and to furnish this court a copy of the return receipt, executed by petitioner forthwith upon receipt." Attorney McVann failed in his obligation to the court to provide me with a copy of the V-docket and to provide the court with a signed signature receipt by Ms. Holden. Upon review of the file, there is no return signature receipt or evidence of service in the file.

   In the Family Court file, there was a document showing Luisa Holden as Petitioner versus Clive Cardozo, Respondent. The document had an incorrect zip code, incorrect Article Number, and incorrect Docket Number. The document was a V-Docket Notice of Entry that I never received. It was a Matter of a Proceeding for the Custody of a Minor under Article 6 of the Family Court and not a request for support payments. (Enclosure)

   Notice not being effectuated properly, means that there is no due process. Because there was no due process, this case should be vacated immediately.

7) The Temporary Order of Support, dated October 8, 2003 granting Cardozo $300.00 weekly support, is based on an unlawful Petition for Modification from an unnotarized invalid affidavit. Luisa Holden never received Notice of the Temporary Order of Support. The Temporary Order of Support also does not have a Social Security Number for Quinn Holden, which is required by

law. L 1998, C 214 Section 43, "inserted sentences relating to due process and inclusion of child's Social Security Number on court documents is necessary." Part 4, 1 ALR 3d 382 (Enclosure)

The conditions establishing support liability should end and the support decree issued should be vacated as requested. [Levy v. Levy, 22 A. D. 2d 794, 253 N.Y.S. 2d 910 (2nd Dept. 1964)]

The attached evidence is *cogent* evidence to vacate.

Considerations of due process requires a reopening and blood grouping test in Massachusetts and vacature of these proceedings in New York which have not been conducted in the best interests of Quinn.

The Family Court Act in Section 458 authorizes the court to cancel "any and all arrears in it's discretion."

An invalid order can not be enforced. (Practice commentary to Section 454) It should be vacated under the authority of Section 451 or the General Provisions of CPLR. In addition, I pray for immediate relief as I filed immediate objections to paying child support:

    a)  Paternity was never properly established.

    b)  I filed letters and objections under legal advise to stop the support. (Enclosures)

    c)  I filed objections and modifications to this egregious order of $300.00 per week.

    d)  My son was kidnapped from Massachusetts and is not lawfully there.

I hope these legitimate reasons and *prime facie* evidence for vacature are convincingly presented and establish an implicit cancellation. There was no paternity established and no support requested [B v. B, 66 Misc. 2d 227, 320 N.Y.S. 2d 843 (Fam. Ct., King's County 1971)] The Family Court procedures were "inherently flawed from start …."

Mother was entitled to have stipulation settling child support vacated where she was not only absent when stipulation was entered into but also took affirmative steps to object to it when she learned of it's existence. [Barrow v. Penn. (3 Dept. 1998) A. D. 2d -, 669N.Y.S. 2d 452.]

Payments made to department of Social Services pursuant to assignment of support rights were in nature of "child support", payments and subsequent defaults in payments were child support arrears which could be annulled for good cause shown. [ Marcia H.R. v. Earl R., 1988, 141 Misc. 2d 87, 532 N.Y.S. 2d 666]

An Order of Family Court regarding child support, unless accumulated arrears are reduced to judgement, is a non-final determination and such order is at any time subject to cancellation. [People v. Boyer, 1980 105 Misc. 2d 877, 430 N.Y.S. 2d 936]

Because paternity was never established, support never requested, I have paid back to Cardozo the support he paid under the previous order that I did not request. Under Domestic Relations Court Act, Section 29 by L 1940, c.671, "provides that money paid into support bureau becomes forthwith the property of the petitioner." I have not paid because I would not be able to get my money back and paternity has not been properly established here.

Also, *De Novo Review* under Uniform Interstate Family Support Act 209 D, Section 6-602 required independent review by Massachusetts Court into whether owed child support before enforcing a child support order. [Child Support Enforcement Division of Alaska v. Brenkle (1997) 675 N. E. 2d 390, 424 Mass. 214] New York had no right to file at the Wellesley Public School to withhold money from my paycheck without first registering the order at the appropriate tribunal in the Commonwealth of Massachusetts. [Uniform Interstate Family Support Act 209 D Section 6-602.]

In your objection, you stated my petition was dismissed due to failure to state cause of action for which relief can be granted. I pray that you recognize the logical, fact-based arguments and *prime facie* evidence that I have presented.

Sincerely,

*Luisa H. Holden*

Luisa H. Holden

<u>Enclosures</u>

1) Invalid Temporary Order of Support, dated 11/3/99
2) Notarized Statement of Wilmot Whitney
3) Unnotarized affidavit Docket No; P-1616-99
4) Petition for Modification, 6/26/03
5) Order of Notice of Entry with incorrect zip code
6) Temporary Order of Support, 10/8/03
7) Letters of Objection to support (2)

cc:   Honorable Judge Gregory J. Blass, Riverhead Family Court
      Honorable Judge Kent, New York Supreme Court
      Honorable Judge, R.G. Stearns, United States District Court of Massachusetts ✓
      Clive Cardozo

---

Luisa H. Holden                09/14/04                Page 4 of 4