%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

SCANNED
DATE: 07/28/04
BY: Say

Luisa H. Holden
V.

Cleve Cardozo, et al

**SUMMONS IN A CIVIL ACTION**

04 11657 RGS

CASE NUMBER:

TO: (Name and address of Defendant)

Damon Scarano
60 Commercial Wharf
Boston, Ma. 02110

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Luisa H. Holden
19 Hilltop Rd.
Weston, Ma. 02493

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_____
(By) DEPUTY CLERK

JUL 26 2004
DATE