AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Luisa Hayward Holder Pro Se

v.

Cleve Cardozo et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11657 RGS

TO: (Name and address of Defendant)

Michael Constantine
Seegel, Lipshutz & Wilchins P.C.
Wellesley Office Park, Suite 200
Wellesley, Ma. 02481-3803

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Luisa H. Holder
19 Hilltop Rd.
Weston, Ma. 02493

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                          JUL 26 2004
CLERK                                                 DATE

(By) DEPUTY CLERK