AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

SCANNED
DATE: 07/28/04
BY: Sky

Luisa Haywood Holden, Pro Se

v.

Cleve Cardozo, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11657 RGS

TO: (Name and address of Defendant)

The Town of Weston: Town, School, Police Dept.
c/o Town Manager, Mr. Carl F. Valente
Town House Road
P.O. Box 378
Weston, Ma. 02493

Agent:
Mr. David C. Jenkins
Kopelman and Paige
31 St. James Ave.
Boston, Ma. 02116

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Luisa H. Holden
19 Hilltop Road
Weston, Ma. 02493

an answer to the complaint which is served on you with this summons, within ____60?____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

JUL 26 2004
DATE

5