# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number: 04-2354

USDC Docket Number: 04-cv-11657

Luisa Haywood Holden

v.

Clive Cardoza, et al

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered (updated docket) are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 10, 2004.

Tony Anastas, Clerk of Court

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/10/04

Deputy Clerk, US Court of Appeals

[cv: supplapprec.] [cr: ksupplapprec.]