UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11657-RGS

LUISA HAYWARD HOLDEN

v.

CLIVE CARDOZO, ET AL.

MEMORANDUM ON PLAINTIFF'S REQUEST
FOR A REVIEW OF THE DOCKET

December 16, 2004

STEARNS, D.J.

I have as plaintiff requested in her letter-filing of December 2, 2004, reviewed the docket in this case as reflected in the court records as of December 14, 2004. It would appear that the docket, supplemented by some minor corrections that were made at plaintiff's urging, faithfully reflects the record of the case. The more important point, however, is that the disposition of plaintiff's case had nothing to do with the way in which the docket was compiled. Plaintiff's quarrel is with decisions taken by the courts of the State of New York. As this court has attempted to explain to plaintiff (without any apparent success), federal district courts do not in our system of separate sovereignties possess the power to correct the real or perceived errors of sovereign state tribunals.

Respectfully Submitted,

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE