**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 04-11657-RGS

LUISA HAYWARD HOLDEN

V.

CLIVE CARDOZO, ET AL

December 16, 2004

Motion for Reconsideration

Your Honor, with all due respect of the Court, I feel that Your Honor is missing the crux of my case.

1) My case in front of the Court is not about what happened in the State of New York. It is about what happened in the State of Massachusetts on June 6, 2003. I am not asking for relief for anything that happened in New York except to show that the New York Courts have acted in Bad Faith.
2) Maybe I did not make it clear to Your Honor as I am filing pro se, I moved back home to Massachusetts from New York with Consent on September 7, 2000 and was here for 3 years with my son, Quinn. I filed these papers at the Waltham District Court and the Probate Court and was given full Custody of Quinn. Until this point, Quinn has always lived with me.
3) What happened in Your Honor's jurisdiction in Massachusetts on June 6, 2003 stands on its own. My son was seized from the Weston Public Schools with out proper authorization. He was flown over state lines. This was substantively and procedurally incorrect as Federal law dictates. I never received a hearing as required by Federal law. This violated my Fifth and Fourteenth Amendment rights to Due Process.
4) I have made many attempts to hire attorneys but have been rebuffed. The attorneys did not want to take on such a complex case and clean up the mistakes of others.
5) I have issues with the docketing. Since it was not docketed properly from the beginning, my appeal in the First Circuit Court of Appeals can not go forward. I am attaching the Certificate of Service that I used on my original complaint. I provided the Court with the return summons and greed card; return receipts as instructed by Francis and Matt at the front desk. When the parties served did not reply, I entered a Request for Default on all parties on October 17, 2004 at 3:42PM as the date stamp shows.

Clive Cardozo responded late on October 18, 2004, did not serve all parties and did not respond to any of the allegations. His letter did not comply with the standards of the court and should not have been allowed.

Because the docket was never in a proper order with all the correct names and addresses, the case was never properly forwarded to the First Circuit Court of Appeals with the proper docket and mailing list. The First Circuit Court states that they do not have the proper mailing list. For example, at first glance, Mr. Robert O'Mara, Lana Cantrell's and Mr. Scardino's addresses are not entered. This is inhibiting my opportunity for appeal. Also I had Requests for a Default Judgments that were entered as motions. They were not motions but Requests of the Clerk and were never addressed properly by the court.

Please grant me expeditious relief in these matters. I hope that you will reconsider that this is a substantial Federal issue and that the docketing statement is impeding my appeal. I mailed this motion to all parties that were listed on my original complaint. Attached is an Certificate of Service.

Sincerely,

*Luisa H. Holden*

Luisa H. Holden
19 Hilltop Road
Weston, MA 02493

Attachments

1) Certificate of Service. *(notarized)*

## Certificate of Service

Date of Service:  December 16, 2004

Document Served:  Motion, Luisa Hayward Holden v. Clive Cardozo, Et Al, dated December 16, 2004

*Luisa H. Holden*

Service by:  United States Postal Service
Postage Paid First Class Mail by Luisa H. Holden

Parties Served:

1) Clive Cardozo, P.O. Box 362, Quogue, NY 11959

2) Scott D. Burke, Morrison, Mahoney LLP, 250 Summer Street, Boston, MA 02210-1181 for Steve Schlissel

3) Thomas T. McVann Jr., 100 Mill Road, P.O. Box 827, Westhampton Beach, NY 11978

4) Lana Cantrell, 300 East 71st Street 19A, New York, NY 10021

5) Michael Scardino, Chief Clerk, New York Supreme Court of Suffolk County, 235 Griffing Avenue, Riverhead, NY 11901

6) Leon Henry Kesten, Brody, Hardoon, Perkins & Kesten, 1 Exeter Plaza, 12th floor, Boston, MA 02116 for the Town of Weston and Carl F. Valente, Town Manager, Alan Oliff, Superintendent, Weston Public Schools, Chief Shaw, Weston Police Department

7) Lana Sullivan, Segal, Lipshutz and Wilchins PC, Wellesley Office, 60 Williams Street, Wellesley, MA 02481 for Michael Costantino

8) Alan K. Posner & Nur-ul Haq, Rubin and Rudman, 50 Rowes Wharf, Boston, MA 02110 for Roland Gray III

9) Robert O'Mara, Clerk of New York Suffolk Family Court, 400 Carleton Avenue, 4th floor, Central Islip, NY 11722

10)    Damon Scarano, 60 Commercial Wharf, Boston, MA 02110

*On this day of Dec. 16, 2004, before me, the undersigned notary public, personally appeared Luisa H. Holden, proved [to me through] satisfactory evidence of identification, [that she is the] person whose name is signed on the preceding document in my presence. Notary Public. [signature]*

[Notary seal: Commonwealth of Massachusetts, My Commission Expires April 25, 2008]