U.S. Court of Appeals for the First Circuit
Boston, Ma.
Case No. # 04-2354

04 11657 RGS

RECEIVED
DEC 16 2004
By: U.S. Court of Appeals

Luisa Hayward Holden
v.
Clive Cardozo, et al

Motion to Place (Correct the Mailing List) Certain Parties on the Mailing List and Rectify the Docket

1. The attached list of people have been served the original complaint in the District Court. Their addresses and names were incorrectly docketed. I am attaching the Certificate of Service that I used on my documents served in the District Court

2. The docket is incorrect and these people have not properly been served in the First Circuit.

3. I am not sure, but it does seem as though this has affected the Appeal and I am attaching a Motion I have placed in front of Judge Stearns because I would like this matter corrected immediately.

4. Would you please take the appropriate action to rectify this before the Appeal goes any further.

Respectfully submitted, Luisa H. Holden

Denied. R.S. Stearns DJ 12-21-04.

# Certificate of Service

Date of Service:        December 16, 2004

Document Served:        Motion, Luisa Hayward Holden v. Clive Cardozo, Et Al, dated December 16, 2004

Service by:             United States Postal Service
                        Postage Paid First Class Mail by Luisa H. Holden

Parties Served:

1) Clive Cardozo, P.O. Box 362, Quogue, NY 11959

2) Scott D. Burke, Morrison, Mahoney LLP, 250 Summer Street, Boston, MA 02210-1181 for Steve Schlissel

3) Thomas T. McVann Jr., 100 Mill Road, P.O. Box 827, Westhampton Beach, NY 11978

4) Lana Cantrell, 300 East 71st Street 19A, New York, NY 10021

5) Michael Scardino, Chief Clerk, New York Supreme Court of Suffolk County, 235 Griffing Avenue, Riverhead, NY 11901

6) Leon Henry Kesten, Brody, Hardoon, Perkins & Kesten, 1 Exeter Plaza, 12th floor, Boston, MA 02116 for the Town of Weston and Carl F. Valente, Town Manager, Alan Oliff, Superintendent, Weston Public Schools, Chief Shaw, Weston Police Department

7) Lana Sullivan, Segal, Lipshutz and Wilchins PC, Wellesley Office, 60 Williams Street, Wellesley, MA 02481 for Michael Costantino

8) Alan K. Posner & Nur-ul Haq, Rubin and Rudman, 50 Rowes Wharf, Boston, MA 02110 for Roland Gray III

9) Robert O'Mara, Clerk of New York Suffolk Family Court, 400 Carleton Avenue, 4th floor, Central Islip, NY 11722

10) Damon Scarano, 60 Commercial Wharf, Boston, MA 02110

*[handwritten notarization:]* On this day of Dec. 16, 2004, before me, the undersigned notary public, personally appeared Luisa H. Holden, proved to me through satisfactory evidence of identification, Mass. [illegible] license, to be the person whose name is signed on the preceding [document]. Notary Public: Matthew A. Paine

*[Notary stamp: Matthew A. Paine, Notary Public, Commonwealth of Massachusetts, My Commission Expires April 25, 2008]*