Luisa H. Holden
19 Hilltop Road
Weston, Ma. 02493

04 11657

12/20/04

To: Elaine Flaherty
From: Luisa H. Holden
Date: Dec. 20, 2004          Pages: 10 (Ten)
RE: Docket and Motion for Reconsideration

Thank you for the copying and faxing of the docket.
I am faxing the letter I wrote Mr. Kesten (email and mail) regarding his appearance and motion that I never received from him in your court and that you have on the docket.
I have made a good faith effort to resolve these matters with all parties and I am not getting anywhere.
I know I have asked Judge Stearns to reconsider and I hope he will see there is a federal offense that occured less than 20 miles from this federal court in Weston, Ma. and it is causing great emotional trauma.
I hope I hear from your court and I did not receive Mr. Kestons appearance or motion dated 8/13/04 on the docket. My motion states other names and addresses inc on the docket. The lawyers are ancillary to the action. I would only like my legal fees back which were quite substantial. The real issue here is the seizure of Quinn a minor in this jurisdict

# Brody, Hardoon, Perkins & Kesten, LLP

Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Pamela J. Fitzgerald
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Georgia K. Crinsley
Djuna E. Perkins
Thomas P. Campbell
Andrew S. Brooslin

Administrator:
Elizabeth L. Joyce

December 13, 2004

Luisa Hayward Holden
19 Hilltop Road
Weston, MA 02493

Re:   Holden v. Cardozo
      No. 4-2354

Dear Ms. Holden:

In response to your voicemail message on December 9th, enclosed please find a copy of the Appearance form filed with the First Circuit. As you can see from the cover letter, I believe we did send you a copy. As to a motion, I have no knowledge of any motion filed with the First Circuit.

I also want to address your further requests of the Town of Weston and me. As I told you during our conversation, I did attempt to obtain a form for you, with no success, for the request of a criminal application. Unfortunately, I will be unable to help you in any other way with your attempts to regain custody of your son. As I have repeatedly told you, I believe that your only recourse is in the courts of the State of New York. Unfortunately, I do not believe that there is anything I or the Town of Weston can do for you regarding that dispute. I urge you to focus your efforts in New York, not at the United States District Court in Massachusetts or the Court of Appeals for the First Circuit.

I wish you the best for the Holiday Season.

Very truly yours,

BRODY, HARDOON, PERKINS & KESTEN, LLP

Leonard H. Kesten

LHK:dac
Enclosure
cc:   Carl F. Valente, Town Manager
      Weston Town Hall
      P.O. Box 378
      Weston, MA 02493

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Pamela J. Fitzgerald
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Georgia K. Critsley
Djuna E. Perkins
Thomas P. Campbell
Andrew S. Brooslin

Administrator:
Elizabeth L. Joyce

October 19, 2004

Hand Delivered
Clerk's Office
United States Court of Appeals
For the First Circuit
One Courthouse Way, Suite 2500
Boston, MA 02210

Re:   Holden v. Cardozo
      No. 4-2354

Dear Sir/Madam:

Enclosed please find the following for docketing and filing with reference to the above matter:

1.   Appearance Form.

Thank you for your courtesy.

Very truly yours,

BRODY, HARDOON, PERKINS & KESTEN, LLP

Leonard H. Kesten

LHK:dac
Enclosure
cc:   Luisa Hayward Holden
      Nurl-ul Haq, Esquire
      Scott Douglas Burke, Esquire
      Lana Sullivan, Esquire

To be filed by: 10/19/04

# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

APPEARANCE FORM

Case No. 4-2354 Holden v. Cardozo

**FAILURE TO FILL OUT COMPLETELY MAY RESULT IN THE REJECTION OF THIS FORM AND COULD AFFECT THE PROGRESS OF THE APPEAL**

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:
Town of Weston; Town Manager, Carl F. Valente; Doctor Alan Oliff, Superintendent of Weston Public Schools; and Chief Shaw, Weston Police Department, as the
(Specify name of person or entity represented)

[ ] appellant(s)    [X] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

[ ] I do not represent a party to the appeal.

_(signature)_
Leonard H. Kesten
(SIGN ONLY IF PARTICIPATING)

Corrections:

Status: a

Leon Henry Kesten, Esq.

Brody, Hardoon, Perkins & Kesten

1 Exeter Plaza

12th Fl.

Boston, MA 02116

Telephone: 617 880 7100    Court Of Appeals Bar Number: 36865

Fax: 617 880 7171    E-Mail: lkesten@bhpklaw.com

Has this case or any related case previously been on appeal?

Yes ___    Court of Appeals No. _____

No  x

Yahoo! Mail - luisaholden@yahoo.com                    http://us.f520.mail.yahoo.com/ym/ShowLetter?MsgId=4700_46397...

Yahoo!   My Yahoo!   Mail                                     Search the Web [        ]   Search

YAHOO! MAIL   Welcome, luisaholden    powered by hp        Mail Home - Mail Tutorials - Help
              [Sign Out, My Account]



Mail   Addresses   Calendar   Notepad                          Mail Upgrades - Mail Options

Check Mail   Compose                        Search Mail   Search the Web

Free Color
Flip Phones

Folders  [Add - Edit]

Inbox (80)
Draft
Sent
Bulk (25)  [Empty]
Trash      [Empty]

Tis the season for a
FREE Credit Score

Re-establish credit
with Beneficial

No-fee,Low Rate
Line of Credit

Need credit?
Get our card!

Previous | Next | Back to Messages                    Printable View - Full Headers

Delete | Reply | Forward | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]

**Date:** Sun, 19 Dec 2004 11:31:40 -0800 (PST)
**From:** "Luisa Holden" <luisaholden@yahoo.com>  Add to Address Book
**Subject:** Quinn Holden
**To:** lkesten@bhpklaw.com

December 19,2004

Mr. Leonard H. Kesten
Brody,Hardoon,Perkins and Kesten,LLP
Exeter Plaza
Boston, MA. 02116

RE: HOLDEN v. CARDOZO. 04-2354

Dear Mr.Kesten,
Thank you for your letter dated December 13,2004.
I want to quickly respond that in my phone message I
was referring to your appearance form and motion you
filed in front of Judge Stearns on 8/13/04, it says on
the docket.I did not receive a copy of these and it
does not say your motion was ex parte. I did receive
your notice of appearance in the First District.
In addition, I was at the Weston Police Station today
and spoke with Walter Nelson about some disturbing
phone calls I had been receiving regarding my son
Quinn.I also mentioned I have not been able to see my
son or speak with him for a very long time and that
this was not good to carry this on. Certainly my son
did not deserve to be shoved in the car without a
certified order and without verifying their
identification before acting. Det.Nelson did not deny
anything I said and I know that their actions were
reckless and are hindering my ability to get my son
back.I use to be a paralegal and even Mr.Hestes at the
special town meeting, did not have a certified order

and calling down afterwards is a violation of my rights.
I was with Ken Temple and we asked Det.Nelson if he would come forth with the truth of the matter. He told me they were state police in the car on June 6,2003 and that I had to hand my child over. The state police have written a letter they were not involved as the Weston Police contend. In the name of justice, I disagree with you Mr.Kesten what you purport in your letter. I think you have to ask Mr.Hestes to tell you the truth and the Weston Police. It is the Weston Police who are stopping the truth of the matter from coming out and the investigation. My son was basically seized and kidnapped and flown unlawfully across state lines and that is a federal offense.
In response to your suggestion to concentrate on New York, I have and have made a good faith effort with them to try to rectify this situsituation. They say they can not do anything about what happen here in Masssachusetts because they do not have jurisdiction. So as I have made a good faith effort and my only recourse is in federal court because The Town of Weston are not forthcoming with the truth and rectifying what happen here which was substantively and procedurally incorrect. That was not a proper order to remove my son from school on June 6,2003 and it has emotionally damaged him and to think otherwise is wrong.

I hope you will contact me and help to rectify the situation. It was legally wrong and morally wrong. How would you like to be eleven years old, always fearing Clive was going to come to the school and take you and he does and you are taken with nothing, and shoved in a car with such force that your knee is protruding blood? In addition, no one listens to you when you say you are not going because he has beaten me and done drugs. You will have to give me anesthesia because I will kick and scream and they shove you in the car anyway. I know you have sons. How would you like if the police made a mistake and this happened to your son? This is no way to treat a minor and the school was not the right place and the Weston Police did not follow proper protocol.

I hope you will reconsider your letter to me because I would like my son home for Christmas and this is causing damage to him emotionally and physically.

Sincerely,

*Luisa H. Holden*
Luisa Hayward Holden
19 Hilltop Road
Weston, MA. 02493
(781)647-1115/(781)354-2106

-----

December 19,2004

Mr. Dennis J. McElligott
Assistant Attorney general in Charge
State of New York, Office of the Attorney General

Regional Office Division
300 Motor Parkway
Hauppauge, NY 11788

RE: HOLDEN v CARDOZO, 04-11567RGS/04-2354 First Circuit

Dear Mr. McElligot,

I have sent you a letter asking to meet with you regarding the matters in the New York courts that you called me about. In addition, I would like you to know the New York courts were served with summons and because I can not serve you I have continued to serve the courts in all continuing matters since the first complaint served July 27, 2004.

I would like to try to resolve this matter with you because I have been trying to make a good faith effort so that any further action in the court is not necessary, however, I have not heard anything from you since your last phone call. I would just like to say that first and formost there is a minor child involved here and the piece of paper Clive Cardozo came with was substantively and procedurally incorrect. Even the Clerk at the Appellate Division acknowledged it was not correct.

Would you please contact me regarding this matter as soon as possible?

Sincerely,

*Luisa H. Holden*

Luisa H. Holden
19 Hilltop Road
Weston, Ma 02493

(781)647-1115/(781)354-2106

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
CLERKS OFFICE

CIVIL ACTION NO. 04-11657-RGS

2004 DEC 16 P 9:30

LUISA HAYWARD HOLDEN

U.S. DISTRICT COURT
DISTRICT OF MASS.

V.

CLIVE CARDOZO, ET AL

December 16, 2004

Motion for Reconsideration

Your Honor, with all due respect of the Court, I feel that Your Honor is missing the crux of