UNITED STATES DISTRICT COURT
District of Massachusetts
Boston, MA                                    Civil Action No. 04-11657RGS

**MOTION TO REOPEN CASE 04-11657RGS**
**PRESENTED TO HONORABLE JUDGE R.G.STEARNS ON JULY 14, 2005**

Luisa Hayward Holden, *Pro Se*
*Plaintiff*
v.
Clive Cardozo, et al
*Defendants*

Pro se, I request leave of the court to appear in front of you to answer any questions you may have concerning this request. It is an extra ordinary circumstance and a **grave** and **dire** situation. I want a proper order to have my son returned safely as soon as possible, my bank accounts unrestrained, and settle with New York and the Town of Weston. There were civil violations and there were horrific consequences.

I humbly request your Honor to reopen this case based on the papers I haved filed with you since you dismissed this case. There is new evidence **there is no timely adequate state or Commonwealth remedy** to this egregious violation of the restraining order in place that day and seizure and abduction of Quinn, a minor from the Weston Public School. There was no due process to change custody and take my child.
I know there is new evidence in the First Circuit Appeals Court which I would like for you to have if I may request it for you or if you may request it for your review again of this matter. The file number is 04-2354. Please let me know if you would like me to request the file for you. I do believe there is pertinent information there you should review.
I have filed back on the state level and in the Commonwealth of Massachusetts to resolve this matter.
THE CORRESPONDENCE I HAVE GIVEN YOU PROVES, I HAVE MADE AN EXTENSIVE EFFORT TO RESOLVE THIS MATTER WITH NO SUCCESS AND THEREFORE, FOR THE FOLLOWING REASONS
* THERE WAS NO DUE PROCESS, a violation of my 5th and 14th Constitutional Rights
* LACK OF A TIMELY ADEQUATE STATE REMEDY. **IT has been 2 Years and 38 days.**
* BAD FAITH AND MALICIOUS ACTS OF NEW YORK,
* THE MISHANDLING OF THE CIVIL MATTER in WESTON and the Cover Up in the Town of Weston after the SPECIAL BOARD OF SELECTMEN MEETING on MARCH 30th, 2005.
* I HAVE PUT FORTH A SETTLEMENT OFFER ; NO ONE IS RESPONDING to SETTLE.

I REQUEST YOU REOPEN THE CASE AND RECONSIDER MY REQUESTS FOR RELEIF DATED 8/12/04 AND CONSIDER MY MOTION FOR JUSTICE(attached dated 1/7/05), AND ANY FURTHER RELIEF YOU CAN GRANT THE PLANTIFF THAT THE COURT DEEMS JUST AND PROPER BECAUSE THE ACTIONS TAKEN ON June 6,2003 with respect to my son and myself did not comport with the law. My bank accounts have been restrained and I have no access to my money or my son. I substantiated this is a civil violation that resulted in common law kidnapping with notice and case law and affidavits. I am attaching the file that I gave to the other parties and the Middlesex District Attorneys Office for their review. I submit their letter and the file herewith. I would like to settle.
In sum your honor, I hope now your wise experience and knowledge can rectify this wrong, whether by Federal Rule 65, Injunctive Relief, in the Name of Justice, 42 USC sec 1983 and 1988, the Substantial Federal Question involved, or extradition under Smolin, Judgment or Settlement. This is causing irreparable harm and I have made a showing that the defendant had violated a common law- I substantiated kidnapping with case law. The right which the conduct allegedly violated is more than "doubtful and the injurious consequences are more than a mere trifling." (19 Fed Proc, L Ed, p.527) The actions that took place here on June 6,2003 were egregious, malicious and violative of the human conscience. Civil violations previously submitted.
Respectfully submitted to your Honor this day, July 14, 2005,

*Luisa H. Holden*

Luisa H. Holden, Pro se,    19 Hilltop Road, Weston, MA 02493   Phone (781)354-2106/(781)647-1115