UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11657-RGS

LUISA HAYWARD HOLDEN

v.

CLIVE CARDOZO, ET AL.

ORDER

July 27, 2005

STEARNS, D.J.

After careful review of the materials submitted by Luisa Holden in support of her motion to reopen this case, the court is not dissuaded of its earlier determination that it lacks subject matter jurisdiction under any plausible theory of the Complaint. Ms. Holden's son was returned to New York pursuant to an Order of the New York State Family Court. As pointed out in this court's Orders of August 25, 2004, September 30, 2004, and December 16, 2004, a federal district court does not have the authority to revise or revoke a child custody order issued by a state court, no matter how sympathetic the case may be. See Dunn v. Cometa, 238 F.3d 38, 41 (1st Cir. 2001). Consequently, Ms. Holden's motion to reopen her case must be DENIED.

As the materials submitted by Ms. Holden are clearly of personal value, the court directs the clerk to return these items by mail to Ms. Holden.

SO ORDERED.

/s/ Richard G. Stearns

_____

UNITED STATES DISTRICT JUDGE

Case 1:04-cv-11657-RGS    Document 54    Filed 07/27/2005    Page 2 of 2