July 28, 2005

Honorable District Judge Richard G. Stearns
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA. 02210



RE: ORDER DATED JULY 27, 2005, CIVIL ACTION NO: 04-11657-RGS

Dear Honorable Judge Stearns,

Thank you for your review of the materials submitted in support of my motion to reopen this case.

I am sorry you are not inclined to alter your earlier determination that you do not have subject matter jurisdiction under any plausible "theory" of the complaint.

According to Black's Law Dictionary, subject matter jurisdiction is "jurisdiction over the nature of the case and the type of relief sought; the extent to which a court can rule on the conduct of persons or the status of things. Also termed jurisdiction of the subject matter, jurisdiction of the cause; jurisdiction over the action."

I have shown your court respect and am very sorry that the civil violations that occurred, and consequently became a crime, were not deemed actions which you had subject matter jurisdiction over, especially when they entailed the seizure of a minor from a public school without proper authorization and flown in a small plane ride across many state lines, a federal felony, which I would think would give your court subject matter jurisdiction. It happened less than 20 miles from your court in Weston, MA. And my eleven year old only son was flown over many state lines in a small plane, "scary", flight to New York and as the affidavits submitted acknowledged, he openly stated he wanted to come home and had been seized against his will and held against his will.

I also noted the case you cited and am familiar with it and would like to simply note that I do not think it applies to this situation because I gave you prima facie evidence that this piece of paper that Clive Cardozo came with was not certified by the Clerk of the New York court that it was registered on file, not sealed with the New York State Seal; it was a faxed erroneous piece of paper saying I was in jail when I was standing right there and it did no have Quinn's legal name on it. His birth certificate was prima facie evidence to substantiate this: Quinn's legal name is Quinn Hayward Holden. These are substantive and procedural violations at the federal level which is where, I believe, this case belongs not only because my son was seized over state lines which invokes federal jurisdiction, but also it invokes federal law. The only thing that would prevent this from being a kidnapping is a custody order bearing the seal and the signature of the clerk of the court. Clive Cardozo and his accomplices had neither on their faxed erroneous piece of paper. Thus, in my mind, this case entailed civil and constitutional violations and it is a grave and dire situation I and my son have been placed in with no adequate state or Commonwealth timely remedy to this common law kidnapping.

In sum, this case deserves standing and jurisdiction and immediate federal intervention. I am in a dire situation and hope you will consider these points as soon as possible.

Respectfully submitted,

*Luisa H. Holden*

Luisa H. Holden, M.P.A.
19 Hilltop Road, Weston, MA. 02493    Phone: (781) 647-1115 and (781)354-2106

CC: Chief Judge William G. Young and the U. S. Attorney