UNITED STATES DISTRICT COURT
District of Massachusetts
Boston, MA    Civil Action No. 04-11657RGS

MOTION FOR RECONSIDERATION
PRESENTED TO HONORABLE JUDGE R.G. STEARNS ON AUGUST 5, 2005

Luisa Hayward Holden, *Pro Se*
*Plaintiff*
v.
Clive Cardozo, et al
*Defendants*

*Pro se, I request leave of the court, to humbly request and motion the Honorable Judge Stearns to reconsider his decision and order dated July 27, 2005.*

*I submitted a Motion to Reopen case 04-11657RGS on July 14, 2005. The Motion was mailed to all parties. Defendants did not respond or deny any of my claims.*

*My original claim and Answer to Your order to Show Cause cited this was an extra ordinary circumstance of a civil matter inappropriately handled that as a consequence became a common law kidnapping, abduction and child abuse. It was a horrific, egregious action that happened at the Weston Public School in Weston, Ma., within your jurisdiction, and the became a federal felony, when my son was seized at the school, shoved in the car, and flown against his will across many state lines to New York and held there against his will. Prima facie evidence submitted showed this was not a valid custody order to go across state lines and neither state nor the Commonwealth have timely rectified this wrong.*

*My motion today is that you reconsider your order and my letter filed with you dated July 28, 2005 as soon as possible. Your Honor, my son and I are in a grave and dire situation with no adequate State or Commonwealth timely remedy to this extraordinary circumstance. Was the new evidence I placed in front of you not proof to substantiate this claim? This faxed, uncertified piece of paper did not meet federal or Commonwealth standards to remove my child from the Weston public school on June 6, 2003 and this needs to be rectified immediately. I know you are very busy, but I hope you understand I am a mother who witnessed this and has been living this nightmare for over two years now. They have restrained my bank accounts so I have no access to my money to hire a lawyer, conduct my business and pay my bills.*
*Again, I know this is a complicated situation and unbelievable that it happened, but it did and my claims are valid and cogent, and have placed me and my son in a grave and dire situation. This is causing damage to me and my son and federal laws have been broken which give you subject matter jurisdiction over the action and the subsequent lack of adequate timely remedy to this extraordinary circumstance which needs to be rectified as soon as possible: jurisdiction over the nature of this extraordinary circumstance and the type of relief sought.*

*This day, August 5, 2005, I motion you respectfully to reconsider this case. I am available to answer any questions you may have and I will mail this Motion with my letter dated July 28, 2005 to all parties by Certificate of Mailing this day.*

*Respectfully submitted to the Honorable Judge Richard G. Stearns, with sincere intentions to bring my son home safely, have my bank accounts unrestrained and the other matters handled subsequently, and to the best of my ability respectfully request this of you because, with the situation I am in, I can not hire a lawyer. I thank you for your time and consideration.*
*Submitted for immediate consideration, this day August 5, 2005, by*

*Luisa H. Holden*

Luisa H. Holden, pro se    19 Hilltop Road, Weston, Ma. 02493    Phone (781)354-2106 /(781)647-1115

cc: Chief Judge Young ✓

July 28, 2005

Honorable District Judge Richard G. Stearns
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA. 02210



RE: ORDER DATED JULY 27, 2005, CIVIL ACTION NO: 04-11657-RGS

Dear Honorable Judge Stearns,

Thank you for your review of the materials submitted in support of my motion to reopen this case.

I am sorry you are not inclined to alter your earlier determination that you do not have subject matter jurisdiction under any plausible "theory" of the complaint.

According to Black's Law Dictionary, subject matter jurisdiction is "jurisdiction over the nature of the case and the type of relief sought; the extent to which a court can rule on the conduct of persons or the status of things. Also termed jurisdiction of the subject matter, jurisdiction of the cause; jurisdiction over the action."

I have shown your court respect and am very sorry that the civil violations that occurred, and consequently became a crime, were not deemed actions which you had subject matter jurisdiction over, especially when they entailed the seizure of a minor from a public school without proper authorization and flown in a small plane ride across many state lines , a federal felony, which I would think would give your court subject matter jurisdiction. It happened less than 20 miles from your court in Weston, MA. And my eleven year old only son was flown over many state lines in a small plane, "scary", flight to New York and as the affidavits submitted acknowledged, he openly stated he wanted to come home and had been seized against his will and held against his will.

I also noted the case you cited and am familiar with it and would like to simply note that I do not think it applies to this situation because I gave you prima facie evidence that this piece of paper that Clive Cardozo came with was not certified by the Clerk of the New York court that it was registered on file, not sealed with the New York State Seal; it was a faxed erroneous piece of paper saying I was in jail when I was standing right there and it did no have Quinn's legal name on it. His birth certificate was prima facie evidence to substantiate this: Quinn's legal name is Quinn Hayward Holden .These are substantive and procedural violations at the federal level which is where ,I believe , this case belongs not only because my son was seized over state lines which invokes federal jurisdiction, but also it invokes federal law. The only thing that would prevent this from being a kidnapping is a custody order bearing the seal and the signature of the clerk of the court. Clive Cardozo and his accomplices had neither on their faxed erroneous piece of paper. Thus, in my mind, this case entailed civil and constitutional violations and it is a grave and dire situation I and my son have been placed in with no adequate state or Commonwealth timely remedy to this common law kidnapping.

In sum, this case deserves standing and jurisdiction and immediate federal intervention. I am in a dire situation and hope you will consider these points as soon as possible.

Respectfully submitted,

*Luisa H. Holden*

Luisa H. Holden, M.P.A.
19 Hilltop Road, Weston, MA. 02493,    Phone: (781) 647-1115 and (781)354-2106

CC: Chief Judge William G. Young and the U. S. Attorney