UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11657-RGS

LUISA HAYWARD HOLDEN

v.

CLIVE CARDOZO, ET AL.

ORDER

November 3, 2005

STEARNS, D.J.

This case was dismissed on September 30, 2004. The dismissal was affirmed by the First Circuit Court of Appeals on June 2, 2005. Ms. Holden's motions to reconsider and to reopen have been denied by this court. Nonetheless, Ms. Holden continues to file "evidence" with the docket clerk on almost a daily basis. The case being closed, the court hereby ENJOINS Ms. Holden from further filings in this matter and directs the clerk to return to Ms. Holden any materials deposited with the court subsequent to June 2, 2005.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE