UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11657-RGS

LUISA HAYWARD HOLDEN

v.

CLIVE CARDOZO, ET AL.

ORDER

July 20, 2006

STEARNS, D.J.

This case was dismissed on September 30, 2004. The dismissal was affirmed by the First Circuit Court of Appeals on June 2, 2005. Ms. Holden's various motions for reconsideration and to reopen the case also have been denied by this court. On November 3, 2005, this court entered an Order enjoining Ms. Holden from making any further filings in this concluded matter. The Order notwithstanding, Ms Holden continues to make nearly daily trips to this courthouse attempting to be heard on a case that is terminated. Accordingly, the court directs the Clerk to return to Ms. Holden any submitted and as yet undocketed materials and to accept no further filings in this matter.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE