UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
LUISA H. HOLDEN,            )
              *Plaintiff*    )
                             )
   v.                       )
                             )
                             )
CLIVE CARDOZO, ET. AL.     )     CIVIL ACTION No. 04-11657-RGS
           *Defendants*   )
_____)

**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RELIEF FROM JUDGMENT PURSUANT FED.R.CIV.P 60(b)(6)**

      The Plaintiff, Luisa H. Holden, previously appearing in this matter *pro se*, respectfully requests that the Court grant her leave to file a motion and accompanying memorandum[1] for relief for judgment pursuant to Fed.R.Civ.P. 60(b)(6).

      This motion for leave acknowledges the Court's prior order[2] directing Ms. Holden, *pro se,* not to file further requests to reopen her case.

      The undersigned, on Ms. Holden's behalf, respectfully requests the Court to grant leave so that the underlying basis of the request for Rule 60(b) relief may be properly reviewed by the Court and Ms. Holden be afforded relief.

---

[1] Also, by separate motion, leave is sought to file a memorandum that is in excess of 20 pages pursuant to Local Rule 7.1(b)(4).
[2] *See* Docket Nos. 57, dated November 3, 2005.

                                                                                     Respectfully submitted,

                                                                                     Luisa Hayward Holden

                                                                                     By her attorney,

                                                                                     _/s/ *Jeffrey A. Denner*_
                                                                                   Jeffrey A. Denner BBO #120520
                                                                                   Paul Andrews, BBO #558574
                                                                                   Denner Pellegrino, LLP
                                                                                   Four Longfellow Place
                                                                                   Boston, MA 02114-1634

Dated: March 15, 2007

**CERTIFICATE OF SERVICE**

      I, Paul Andrews, hereby certify that a true copy of the foregoing document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), if any, and will be sent to the non-registered relevant participants by mailing upon the parties appearing in this action by mailing to Clive Cardozo, P.O. Box 362, Quogue, NY, 11950 and Leonard H. Kesten, One Exeter Plaza, 12th Floor, Boston, MA, 02116 first class postage prepaid on this 15th day of March, 2007.

                                                __*/s/ Paul Andrews*_____
                                                Paul Andrews