UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
LUISA H. HOLDEN,              )
            Plaintiff         )
                              )
    v.                        )
                              )
                              )
CLIVE CARDOZO, ET. AL.        )        CIVIL ACTION No. 04-11657-RGS
            Defendants        )
_____)
```

**PLAINTIFF'S MOTION PURSUANT TO FED.R.CIV.P 60(b)(6) FOR RELIEF FROM JUDGMENT, DISMISSAL AND FINDINGS OF NO JURISDICTION**

The plaintiff, Luisa Hayward Holden, respectfully and deferentially, requests that this honorable court grant her relief from the judgment entered against her in the above entitled action as reflected in the "Memorandum and Order to Show Cause" dated August 25, 2004 denying relief, in part, based upon the so-called "Domestic Relations Exception" to the court's subject matter jurisdiction (citing *Ankenbrandt v. Richards,* 504 U.S. 689, 703 (1992)) and the so-called "Rooker-Feldman" doctrine by which the court allowed the motion to dismiss of Defendant Cardozo, leading to the court's dismissal of the case dated September 30, 2005 that was subsequently affirmed by mandate from the United States Court of Appeals for the First Circuit on April 5, 2005.

With due deference to the history of this matter, including the Court's orders subsequent to the First Circuit mandate directing Luisa Holden to cease from filing motions for reconsideration or "to reopen" the case, this motion, filed on behalf of Ms. Holden, requests the court to address the serious issues of federal law that the *pro se*

Plaintiff Luisa Holden, was unable to properly bring to the court's attention in the face of the complex jurisdictional issues with which she was confronted. Further, the Plaintiff Luisa Holden believes her fundamental constitutional rights of familial integrity, to be with her son,[1] was denied by the lack of due process in the proceedings which resulted in Clive Cardozo taking the child from his residence in Massachusetts to New York, absent proper constitutional process or procedure required by the Parental Kidnapping Prevention Act 28 U.S.C. § 1738A. Please note that relief is sought only against the defendant Clive Cardozo and the Town of Weston defendants.

The Plaintiff respectfully acknowledges that relief sought is only available in "extraordinary circumstances" but believes that the deprivation of her right to her family, as a fundamental constitutional right, and the proper interpretation and exercise of federal law related to the custody of children comprise such circumstances, and that the relief sought will be in the interests of justice. The resolution of these issues for the benefit of the Plaintiff, should not have been denied or now precluded because of her *pro se* difficulties in navigating the complexities of the judicial system in which, she has only met with closed doors. The reasons and legal support for the relief requested by this motion is set forth in the accompanying memorandum which is filed herewith.

A higher good will be served by this case: the protection of our children in school to study and learn and not be abused and abducted. Our schools are not the proper forum for these matters. They are civil matters and should be civilly handled in the courts with proper notice and hearing.

---

[1] *See Duchesne v. Sugarman,* 566 F.2d 817, 825 (2nd Cir. 1977)("[R]ight of the family to remain together" is an essential and basic aspect of familial privacy…[T]here can be no question that the liberty interest in family privacy extends to a mother and her natural offspring as are involved in this case.")

## REQUEST FOR ORAL ARGUMENT

Oral argument is respectfully requested on this motion because of the complexity of the issues, the history of the matter and to afford the Plaintiff her day in court. Ms. Holden respectfully requests your consideration of the exigencies of the situation which is an extraordinary circumstance.

Respectfully Submitted,
Luisa Hayward Holden

By her attorney,


 /s/ *Jeffrey A. Denner*
Jeffrey A. Denner BBO #120520
Paul Andrews, BBO #558574
Denner Pellegrino, LLP
Four Longfellow Place
Boston, MA 02114-1634

Dated: March 15, 2007

**CERTIFICATE OF SERVICE**

      I, Paul Andrews, hereby certify that a true copy of the foregoing document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), if any, and will be sent to the non-registered relevant participants by mailing upon the parties appearing in this action by mailing to Clive Cardozo, P.O. Box 362, Quogue, NY, 11950 and Leonard H. Kesten, One Exeter Plaza, 12th Floor, Boston, MA, 02116 first class postage prepaid on this 15th day of March, 2007.

                                                __*/s/ Paul Andrews*_____
                                                Paul Andrews