UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUISA H. HOLDEN, )<br>      *Plaintiff* )<br>)<br>v. )<br>)<br>)<br>CLIVE CARDOZO, ET. AL. )<br>      *Defendants* ) | | CIVIL ACTION No. 04-11657-RGS |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPORT MEMORANDUM IN EXCESS OF TWENTY PAGES

On behalf of the Plaintiff, Luisa H. Holden, the undersigned respectfully requests that the Court pursuant to Local Rule 7.1(b)(4), permit the filing of a Memorandum in Support of the Motion for Relief from Judgment pursuant to Mass.R.Civ.P 60(b)(6) that is in excess of (20) twenty pages long (28). The reason for this request is that the memorandum addresses numerous issues of subject matter jurisdiction and due process that require additional explanation and consideration given the prior history of this case. Accordingly, the interests of justice would be served to allow the Plaintiff the request of leave.

                                                          Respectfully submitted,
                                                          Luisa Hayward Holden

                                                          By her attorney,

                                                          /s/ *Jeffrey A. Denner*
                                                          Jeffrey A. Denner BBO #120520
                                                          Paul Andrews, BBO #558574
                                                          Denner Pellegrino, LLP
                                                          Four Longfellow Place
Dated: March 15, 2007                            Boston, MA 02114-1634

## **CERTIFICATE OF SERVICE**

      I, Paul Andrews, hereby certify that a true copy of the foregoing document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), if any, and will be sent to the non-registered relevant participants by mailing upon the parties appearing in this action by mailing to Clive Cardozo, P.O. Box 362, Quogue, NY, 11950 and Leonard H. Kesten, One Exeter Plaza, 12th Floor, Boston, MA, 02116 first class postage prepaid on this 15th day of March, 2007.

                                                               __*/s/ Paul Andrews*_____
                                                               Paul Andrews