UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUISA H. HOLDEN,               )<br>   *Plaintiff*          )<br>          )<br>v.                              )<br>          )<br>CLIVE CARDOZO, ET. AL.          )<br>   *Defendants*        )<br>          ) | CIVIL ACTION No. 04-11657-RGS |

**NOTICE OF APPEARANCE OF COUNSEL**

Kindly enter the appearance on the record in the above-captioned action for undersigned counsel, Jeffrey A. Denner, as attorney for the Plaintiff, Luisa H. Holden.

Respectfully submitted,

/s/ *Jeffrey A. Denner*
Jeffrey A. Denner, BBO #120520
Denner Pellegrino, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114-1634
(617) 227-2800

Dated: March 15, 2007